**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2026**

*X* **/s/ Brian Bonfiglio**
Signature of individual signing on behalf of debtor

**Brian Bonfiglio**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ | **4,505,627.56** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ | **4,505,627.56** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ | **6,676,157.94** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ | **1,896,898.42** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | +$ | **13,484,090.54** |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ | **22,057,146.90** |

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

Part 1: **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Western Alliance Bank Deposit Account** | **Checking** | **8887** | **$567,713.48** |
| 3.2. | **Western Alliance Payables Account** | **Checking** | **2892** | **$0.00** |
| 3.3. | **Western Alliance Bank Payroll Account** | **Checking** | **1571** | **$0.00** |
| 3.4. | **Buena Vista National Bank** | **Store** | **9881** | **$2,240.67** |
| 3.5. | **US Bank** | **Store** | **0461** | **$49,834.70** |
| 3.6. | **City National Bank** | **Store** | **9923** | **$2,935.39** |

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Iowa State Bank** | **Store** | **3347** | **$1,823.05** |
| 3.8. | **NorthStar Bank** | **Store** | **7866** | **$4,249.00** |
| 3.9. | **Peoples National Bank** | **Store** | **9636** | **$2,240.13** |
| 3.10. | **Scott State Bank** | **Store** | **6570** | **$4,201.95** |
| 3.11. | **United Prairie Bank** | **Store** | **0402** | **Unknown** |
| 3.12. | **United Prairie Bank** | **Store** | **0406** | **Unknown** |
| 3.13. | **Old National Bank** | **Store** | **8093** | **$3,319.08** |
| 3.14. | **Old National Bank** | **Store** | **8082** | **$3,098.00** |
| 3.15. | **Old National Bank** | **Store** | **8071** | **$1,000.00** |
| 3.16. | **Old National Bank** | **Store** | **8060** | **$2,597.58** |
| 3.17. | **Old National Bank** | **Store** | **8049** | **$3,572.00** |
| 3.18. | **Old National Bank** | **Store** | **8038** | **$1,000.00** |
| 3.19. | **Old National Bank** | **Store** | **8027** | **$3,055.74** |
| 3.20. | **Central Bank** | **Store** | **2825** | **$2,950.11** |

| | | | | |
|---|---|---|---|---|
| 3.21. | **First Southern** | **Store** | **8433** | **$3,268.59** |
| 3.22. | **CNB Bank & Trust** | **Store** | **0864** | **$6,833.28** |
| 3.23. | **First Farmers** | **Store** | **6517** | **$4,179.44** |
| 3.24. | **Citizens Alliance Bank** | **Store** | **1960** | **$3,954.47** |
| 3.25. | **Frederick Community Bank** | **Store** | **3217** | **$2,957.00** |
| 3.26. | **Park National Bank** | **Store** | **4018** | **$7,569.63** |
| 3.27. | **Heartland Bank** | **Store** | **0269** | **$2,099.00** |
| 3.28. | **Wells Fargo** | **Store** | **7640** | **$1,499.06** |
| 3.29. | **Wells Fargo** | **Store** | **7657** | **Unknown** |
| 3.30. | **Wells Fargo** | **Store** | **7731** | **$1,616.36** |
| 3.31. | **JP Morgan Chase Bank** | **Store** | **1695** | **$1,000.00** |
| 3.32. | **JP Morgan Chase Bank** | **Store** | **1711** | **$2,676.00** |
| 3.33. | **JP Morgan Chase Bank** | **Store** | **1729** | **$3,304.96** |
| 3.34. | **JP Morgan Chase Bank** | **Store** | **1752** | **$3,313.72** |

| | | | | |
|---|---|---|---|---|
| 3.35. | **JP Morgan Chase Bank** | **Store** | **1760** | **$4,098.95** |
| 3.36. | **JP Morgan Chase Bank** | **Store** | **1778** | **$3,449.00** |
| 3.37. | **JP Morgan Chase Bank** | **Store** | **1786** | **$1,000.00** |
| 3.38. | **JP Morgan Chase Bank** | **Store** | **1828** | **$3,374.42** |
| 3.39. | **JP Morgan Chase Bank** | **Store** | **6975** | **$1,000.00** |
| 3.40. | **JP Morgan Chase Bank** | **Store** | **6991** | **$1,557.48** |
| 3.41. | **JP Morgan Chase Bank** | **Store** | **9893** | **$4,495.34** |
| 3.42. | **Alliance Community Bank** | **Store** | **5245** | **$2,636.72** |
| 3.43. | **West Central Bank** | **Store** | **9278** | **$3,903.08** |
| 3.44. | **Citizens Bank & Trust Company** | **Store** | **5655** | **$4,896.00** |
| 3.45. | **Regions Bank** | **Store** | **5416** | **$2,878.63** |
| 3.46. | **Regions Bank** | **Store** | **5424** | **$2,525.85** |
| 3.47. | **Regions Bank** | **Store** | **5432** | **$3,783.00** |
| 3.48. | **Regions Bank** | **Store** | **5440** | **$1,000.00** |

| | | | | |
|---|---|---|---|---|
| 3.49. | **Regions Bank** | **Store** | **5459** | **$1,769.46** |
| 3.50. | **Regions Bank** | **Store** | **5475** | **$4,722.00** |
| 3.51. | **Regions Bank** | **Store** | **5483** | **$1,000.00** |
| 3.52. | **Regions Bank** | **Store** | **5491** | **$2,502.56** |
| 3.53. | **Regions Bank** | **Store** | **5505** | **$1,944.60** |
| 3.54. | **Regions Bank** | **Store** | **5513** | **$1,000.00** |
| 3.55. | **Regions Bank** | **Store** | **5521** | **$3,074.45** |
| 3.56. | **Regions Bank** | **Store** | **5548** | **$3,727.47** |
| 3.57. | **Regions Bank** | **Store** | **5556** | **$403.72** |
| 3.58. | **Regions Bank** | **Store** | **8223** | **$2,954.77** |
| 3.59. | **Regions Bank** | **Store** | **9488** | **$1,915.50** |
| 3.60. | **Banterra Bank** | **Store** | **5835** | **$50,079.59** |
| 3.61. | **Banterra Bank** | **Store** | **5826** | **$43,605.83** |
| 3.62. | **Western Alliance Bank**<br>**Letter of Credit for GAIC WC policy** | **Restricted Money Market** | | **$183,441.50** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Coca-Cola rebates accrued and not yet received** | **$207,450.87** |

5. **Total of Part 1.** **$1,250,293.18**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Ameren IL (5 accounts)** | **$3,408.00** |
| 7.2. | **Benton Gas System** | **$500.00** |
| 7.3. | **City of Bucyrus Utilities** | **$375.00** |
| 7.4. | **Carlinville Water** | **$300.00** |
| 7.5. | **Utility deposits included in acquisition of business from Starcorp** | **Unknown** |
| 7.6. | **Security deposit for Store #1504288 paid to William P. Marino, Jr.** | **$18,500.00** |
| 7.7. | **Misc. landlord security deposits: $29,166.67** | **Unknown** |
| 7.8. | **Deposits held by suppliers: $79,871.04** | **$47,500.95** |
| 7.9. | **Security deposit paid to McLane Foodservice** | **$399,250.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

8.1. **Prepaid property taxes** **$53,837.97**

8.2. **Prepaid insurance** **$88,419.86**

8.3. **Prepaid workers comp insurance** **$8,326.74**

8.4. **Prepaid expenses** **$106,450.81**

9. **Total of Part 2.** **$726,869.33**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **105,131.69** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$105,131.69**

12. **Total of Part 3.** **$105,131.69**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| | | | | |
|---|---|---|---|---|
| **Food and packaging inventory** | | **$0.00** | **Recent cost** | **$612,195.87** |

23. **Total of Part 5.** **$612,195.87**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **612,195.87** Valuation method **Recent cost** Current Value **612,195.87**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Computer equipment** | **$461,372.65** | | **$461,372.65** |
| | **Furniture and equipment** | **$1,024,894.69** | | **$1,024,894.69** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$1,486,267.34**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FG3LS151810** | **$5,532.24** | **Recent cost** | **$11,400.00** |
| 47.2. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FG5LS151808** | **$1,140.42** | **Recent cost** | **$2,350.00** |
| 47.3. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FT5LS151806** | **$2,911.70** | **Recent cost** | **$6,000.00** |
| 47.4. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FT4LS151814** | **$5,605.03** | **Recent cost** | **$11,550.00** |
| 47.5. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FG4LS151797** | **$4,755.78** | **Recent cost** | **$9,800.00** |
| 47.6. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FT1LS151804** | **$4,076.39** | **Recent cost** | **$8,400.00** |
| 47.7. | **2023 Dodge Ram 1500 Crew Cab<br>VIN: 1C6SRFJT1PN583337** | **$20,527.52** | **Recent cost** | **$42,300.00** |
| 47.8. | **2021 Dodge Ram 1500<br>VIN: 1C6SRFJT0MN568145** | **$4,852.84** | **Recent cost** | **$10,000.00** |
| 47.9. | **2023 Jeep Grand Cherokee<br>VIN: 1C4RJKAG0P8853005<br>Leasehold interest** | **$0.00** | | **$0.00** |
| 47.10. | **2024 Jeep Grand Cherokee<br>VIN: 1C4RJHAG9RC700772<br>Leasehold interest** | **$0.00** | | **Unknown** |
| 47.11. | **2020 Dodge Ram 1500<br>VIN: 1C6RR6FT2LS151813** | **$5,061.51** | **Recent cost** | **$10,430.00** |
| 47.12. | **2023 Jeep Laredo 4x4<br>VIN: 1C4RJHAG0PC513353** | **Unknown** | | **Unknown** |

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

| | | | | |
|---|---|---|---|---|
| 47.13. | **2015 single-axle 6x14 trailer** | **$0.00** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$112,230.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | **superiorstarco.com domain** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **Hardee's Restaurant franchise agreements** | **$456,409.90** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| | **Goodwill** | **$5,230,104.14** | | **Unknown** |

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| **Refund for overpayment via duplicative levies of US Bank and JP Morgan Chase accounts** | Tax year **2025-26** | **$134,577.01** |
| **Refunds for potential overpayment of sales tax**<br>**Debit balance: $365,896.80** | Tax year | **Unknown** |
| **Overpayments credited forward to 2025 state returns**<br>**Kentucky LLET: $10,460**<br>**Tennessee: $1,800**<br>**Minnesota: $1,060** | Tax year **2024** | **$13,320.00** |
| 73. **Interests in insurance policies or annuities** | | |
| **The Continental Insurance Company**<br>**General liability policy through 11/08/2026** | | **Unknown** |
| **The Continental Insurance Company**<br>**Commercial automobile policy through 11/08/2026** | | **Unknown** |
| **Beazley Excess and Surplus Insurance**<br>**Property policy through 11/08/2026** | | **Unknown** |
| **Great American Alliance Insurance Company**<br>**Umbrella policy through 11/08/2026** | | **Unknown** |

| | |
|---|---|
| **Markel American Insurance Company**<br>**Workers Compensation policy through 03/31/2027** | **Unknown** |
| **Ohio Bureau of Workers Compensation**<br>**Workers Compensation policy through 07/01/2027** | **Unknown** |
| **North Dakota Workforce Safety and Insurance**<br>**Workers Compensation policy through 09/30/2026** | **Unknown** |
| **Houston Casualty Company**<br>**Employment Practices Liability policy through 08/12/2026** | **Unknown** |
| **Axon**<br>**Trade Name policy through 11/08/2026** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Indemnification, setoff, and other claims against Starcorp, LLC and related entities for breach of APA and subordinated seller note**

**Alleged principal due from Debtor: $7,040,809.75**
**Debtor's indemnification claim: $8,877,542.63**
**Debtor's overpayment of interest under note: $1,063,770.75** — **Unknown**

| | |
|---|---|
| **Nature of claim** | **Breach of contract, tort** |
| **Amount requested** | **$2,910,069.33** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Net amount due from Starcorp for overpayment to clearing account maintained post-acquisition** — **Unknown**

| | |
|---|---|
| **Nature of claim** | **Breach of contract** |
| **Amount requested** | **$928,801.02** |

**Reclassified balance due from Stella: $8,188.12** — **$8,188.12**

| | |
|---|---|
| **Nature of claim** | **Setoff** |
| **Amount requested** | **$8,188.12** |

**Claim for unverified levies on 06/30/2026** — **Unknown**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | **$50,522.41** |

**Unidentified bank debits** — **Unknown**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | **$298,694.11** |

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

| | |
|---|---|
| **Pending property claim 003.010011.MI for vandalism and theft at closed Store #1500150 on 06/23/2026 Insurer: Beazley Excess and Surplus Insurance** | **Unknown** |
| **Nature of claim** **Insurance claim** | |
| **Amount requested** **$200,000.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Meals Receivable from employees: $11,825.22** | **Unknown** |
| **Advances and charges due from employees** | **$1,212.21** |
| **Overpayment to Warren Forsythe** | **$54.00** |
| **Claim for $92,675.61 unauthorized levies of Wells Fargo accounts by United Collection Bureau** | **$36,275.81** |
| **Refund for $13,152.50 overpayment to Pearl Management for compensation of Matt James post-termination** | **Unknown** |
| **Rights to reimbursement of property taxes under leases** | **$19,013.00** |

78. **Total of Part 11.** **$212,640.15**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Superior Star, LLC** Case number *(If known)* **26-31809**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,250,293.18** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$726,869.33** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$105,131.69** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$612,195.87** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,486,267.34** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$112,230.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.....................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$212,640.15** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$4,505,627.56** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$4,505,627.56**

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Chrysler Capital**
Creditor's Name
**Attn: Bankruptcy Department**
**PO Box 660647**
**Dallas, TX 75266**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Jeep Laredo 4x4**
**VIN: 1C4RJHAG0PC513353**

**Describe the lien**
**Title lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown** | Column B: **Unknown**

**2.2 First Insurance Funding**
Creditor's Name
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Beazley Excess and Surplus Insurance Property policy through 11/08/2026**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply

Column A: **$16,165.06** | Column B: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

**2.3 HUB International**
Creditor's Name
**1525 Faraday Ave. Suite 150**
**Carlsbad, CA 92008**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unearned insurance premiums and credits**

**$44,898.00** **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

**2.4 McLane Foodservice**
Creditor's Name
**474 McLane Pkwy**
**Temple, TX 76504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Security deposit paid to McLane Foodservice**

**$633,640.90** **$399,250.00**

**Describe the lien**
**Possession**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 Western Alliance Bank**
Creditor's Name
**1 E. Washington St., Ste 1400**
**Phoenix, AZ 85004**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All personal property**

**$5,814,688.98** **$3,666,358.23**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/2023**

**Last 4 digits of account number**

**Term Note & LOC**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.6 **Western Alliance Bank**
Creditor's Name

**1 E. Washington St., Ste 1400**
**Phoenix, AZ 85004**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$166,765.00** **$183,441.50**

**Western Alliance Bank**
**Letter of Credit for GAIC WC policy**
**Restricted Money Market**

**Describe the lien**

**Controlled account**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/2023**

**Last 4 digits of account number**

**Letter of Credit**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$6,676,157.94**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**State of Arizona**<br>**100 N 15th Ave, Ste 302**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$2,284.75** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Cheryl Brooks Sullivan**<br>**373 South High Street**<br>**17th Floor**<br>**Columbus, OH 43215-6306** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,099.17** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Brown County Auditor-Treasurer**<br>**PO Box 115**<br>**New Ulm, MN 56073-0115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,377.76** | **$20,377.76** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Caldwell County Treasurer**<br>**100 East Market St**<br>**Room 24**<br>**Princeton, KY 42445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,744.11** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Licenses and Permits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Calloway County Sheriff's Office**<br>**701 Olive St**<br>**Murray, KY 42071** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,779.92** | **$5,779.92** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**City of Cape Girardeau**<br>**44 North Lorimier St**<br>**Cape Girardeau, MO 63701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,647.42** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.7 Priority creditor's name and mailing address
**Cass County Property Taxes**
**211 9th Street South**
**Fargo, ND 58108-2806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,431.88** **$31,431.88**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.8 Priority creditor's name and mailing address
**Chippewa County Treasurer**
**711 N Bridge St**
**Chippewa Falls, WI 54729**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,779.16** **$6,779.16**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.9 Priority creditor's name and mailing address
**Clark County**
**3510 12th Ave S**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,003.00** **$37,003.00**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.10 Priority creditor's name and mailing address
**Clay County**
**3510 12th Ave S**
**Moorhead, MN 56560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,697.20** **$14,697.20**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Cottonwood County Auditor-Treasurer**<br>**900 Third Avenue**<br>**Windom, MN 56101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,246.56** | **$4,246.56** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Crawford County**<br>**1520 Isaac Beal Rd**<br>**Bucyrus, OH 44820** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,466.61** | **$7,466.61** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**City of Danville**<br>**17 W. Main**<br>**Danville, IL 61832** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$865.50** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **7261**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Daviess County Sheriff's Office**<br>**212 St. Ann Street, Rm 103**<br>**Owensboro, KY 42303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,864.34** | **$4,864.34** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

2.15 Priority creditor's name and mailing address
**City of Decatur**
**P.O. Box 2578**
**Decatur, IL 62525-2578**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,191.46** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Sales Tax**

Last 4 digits of account number **1926**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.16 Priority creditor's name and mailing address
**Dubois County Treasurer**
**One Courthouse Square**
**Jasper, IN 47546**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,653.98** **$6,653.98**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.17 Priority creditor's name and mailing address
**Edgar County**
**502 Shaw Avenue**
**Paris, IL 61944**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.00** **Unknown**

Date or dates debt was incurred
**10/10/2025**

Basis for the claim: **Licenses and Permits**

Last 4 digits of account number **2025**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.18 Priority creditor's name and mailing address
**Emmet County**
**PO Box 55**
**Estherville, IA 51334**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,346.00** **$10,346.00**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**Gibson County**<br>**PO Box 259**<br>**Trenton, TN 38382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,208.00** | **$1,208.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>**Grant County Treasurer**<br>**210 East 5th Avenue**<br>**Milbank, SD 57252** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,199.44** | **$2,199.44** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>**Graves County Treasurer**<br>**1102 Paris Road, Suite 2**<br>**Mayfield, KY 42066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Licenses and Permits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>**Hardin County Treasurer**<br>**150 North Provident Way**<br>**Suite 103**<br>**Elizabethtown, KY 42701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Licenses and Permits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Henry County**<br>**PO Box 776**<br>**Paris, TN 38242-0776** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,146.00** | **$9,146.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>**Hopkins County Sheriff**<br>**PO Box 690**<br>**Madisonville, KY 42431** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,653.10** | **$18,653.10** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Illinois Dept of Revenue**<br>**PO BOX 19006**<br>**Springfield, IL 62794-9001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$287,815.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**Indiana Dept of Revenue**<br>**PO Box 1685**<br>**Indianapolis, IN 46206-1685** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$207,718.78** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**2.27** Priority creditor's name and mailing address
**Iowa Dept of Revenue**
**1305 E Walnut St Fourth Floor**
**107**
**Des Moines, AI 50319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,385.24** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address
**Jackson County Treasurer**
**Courthouse - 1st Floor**
**PO Box 43**
**Murphysboro, IL 62966-0430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,608.87** **$15,608.87**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address
**Jefferson County**
**PO Box 34570**
**Louisville, KY 40232-4570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,000.50** **$7,000.50**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number **007B**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address
**Jennings County Health Dept**
**245 Norris Avenue**
**North Vernon, IN 47265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00** **Unknown**

Date or dates debt was incurred
**12/3/2024**

Basis for the claim:
**Licenses and Permits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

2.31 Priority creditor's name and mailing address
**Kandiyohi County**
**PO Box 896**
**Willmar, MN 56201-0896**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,753.00** **$10,753.00**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number **024B**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.32 Priority creditor's name and mailing address
**Kentucky Dept of Revenue**
**501 High Street**
**Frankfort, KY 40620-0021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$551,607.43** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
■ Yes

---

2.33 Priority creditor's name and mailing address
**LaSalle County Health Dept**
**717 East Etna Road**
**Ottawa, IL 61350**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,046.56** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Licenses and Permits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.34 Priority creditor's name and mailing address
**LaSalle County Property Taxes**
**707 East Etna Road**
**PO Box 1560**
**Ottawa, IL 61350**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,823.21** **$14,823.21**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number **024B**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Lincoln Trail Health Dept**<br>**PO Box 2609**<br>**Elizabethtown, KY 42702-2609** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$162.75** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Licenses and Permits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.36 | Priority creditor's name and mailing address<br>**Lyon County Property Taxes**<br>**607 West Main Street**<br>**Marshall, MN 56258** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,722.00** | **$9,722.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number **050B**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.37 | Priority creditor's name and mailing address<br>**Macoupin County**<br>**210 E Main**<br>**PO Box 2**<br>**Carlinville, IL 62626** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,066.78** | **$20,066.78** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number **024B**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.38 | Priority creditor's name and mailing address<br>**McCracken County Sheriff's Office**<br>**300 Clarence Gaines St**<br>**Paducah, KY 42003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,833.09** | **$9,833.09** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**2.39** Priority creditor's name and mailing address
**Menard County Treasurer/Collector**
**102 South Seventh St**
**1st Floor, Menard County Courthouse**
**Petersburg, IL 62675**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,252.29** **$10,252.29**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.40** Priority creditor's name and mailing address
**Minnesota Dept of Health**
**625 North Robert St**
**PO Box 64495**
**St Paul, MN 55164-0495**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,235.00** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Licenses and Permits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.41** Priority creditor's name and mailing address
**Minnesota Dept of Revenue**
**600 North Robert Street**
**St. Paul, MN 55101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61,692.15** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.42** Priority creditor's name and mailing address
**Missouri Dept of Revenue**
**Taxation Bureau**
**301 W High St #330**
**Jefferson City, MO 65105-3300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,789.10** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Montgomery County**<br>**1 Courthouse Square Room 101**<br>**Hillsboro, IL 62049** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,262.00** | **$16,262.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>**Morgan County Health Dept**<br>**345 W. State St.**<br>**Jacksonville, IL 62650** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Licenses and Permits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**North Dakota State Tax Commissioner**<br>**600 E. Boulevard Ave. Dept. 127**<br>**Bismarck, ND 58505-0599** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,899.60** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**Obion County Trustee**<br>**Ms. Tracey Westbrooks**<br>**3 Bill Burnett Cir**<br>**Union City, TN 38281** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,744.00** | **$4,744.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | | |
|---|---|---|---|---|
| 2.47 | Priority creditor's name and mailing address<br>**Ohio Dept Taxation**<br>**Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,540.99** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |
| 2.48 | Priority creditor's name and mailing address<br>**City of Owensboro**<br>**Property Tax**<br>**PO Box 13**<br>**Owensboro, KY 42302-9003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,774.13** | **$9,774.13** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number **1097**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.49 | Priority creditor's name and mailing address<br>**City of Princeton**<br>**206 East Market Street**<br>**Princeton, KY 42445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** | **$50.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.50 | Priority creditor's name and mailing address<br>**Sangamon County**<br>**Dept of Public Health**<br>**2833 East South Grand Ave.**<br>**Springfield, IL 62703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$225.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Licenses and Permits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.51** Priority creditor's name and mailing address
**Sangamon County Property Tax**
**PO Box 19400**
**Springfield, IL 62794-9400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$49,434.08** **$49,434.08**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.52** Priority creditor's name and mailing address
**Sioux County Tax Division**
**210 Central Ave SW**
**PO Box 18**
**Orange City, IA 51041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.25** **$0.25**

Date or dates debt was incurred
**4/11/2025**

Basis for the claim:
**Property Tax**

Last 4 digits of account number **1125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.53** Priority creditor's name and mailing address
**South Dakota Dept of Revenue**
**445 E Capitol Ave**
**Pierre, SD 57501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,500.83** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.54** Priority creditor's name and mailing address
**Tennessee Dept of Revenue**
**500 Deaderick St**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$95,971.92** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**2.55** Priority creditor's name and mailing address
**Tuscarawas County Treasurer**
**125 East High Ave**
**New Philadelphia, OH 44663**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,559.48** **$18,559.48**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.56** Priority creditor's name and mailing address
**City of Union**
**PO Box 9**
**Union City, TN 38281**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,011.00** **$1,011.00**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.57** Priority creditor's name and mailing address
**Vanderburgh County Treasurer's Office**
**1 NW Martin Luther King Jr Blvd**
**Civic Center Complex, Room 210**
**Evansville, IN 47708**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,414.09** **$20,414.09**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.58** Priority creditor's name and mailing address
**Vermilion County Health Dept**
**200 South College, Suite A**
**Danville, IL 61832**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$400.00** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Licenses and Permits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**2.59** Priority creditor's name and mailing address
**Warrick County Treasurer**
**1 County Square #270**
**Boonville, IN 47601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,970.94** **$9,970.94**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.60** Priority creditor's name and mailing address
**Woodbury County Treasurer**
**822 Douglas St Suite 102**
**Sioux City, IA 51101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$32,512.00** **$32,512.00**

Date or dates debt was incurred

Basis for the claim: **Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**5 Star Lawn Care**
**PO Box 172**
**Paris, TN 38242**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$560.00**

**Date(s) debt was incurred** _

**Basis for the claim:** Repair/Maintenance

**Last 4 digits of account number** 4989

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
**702 Communications**
**702 Main Ave**
**Moorhead, MN 56560-2752**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$155.82**

**Date(s) debt was incurred** 3/1/2026

**Basis for the claim:** Phone/Internet

**Last 4 digits of account number** 0126

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
**Abel Automotive Performance LLC**
**149 S Macon St**
**Bement, IL 61813**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,622.70**

**Date(s) debt was incurred** 10/9/2025

**Basis for the claim:** Repair/Maintenance

**Last 4 digits of account number** 2527

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

3.4 **Nonpriority creditor's name and mailing address**

**Academy Locksmith**
**4202 Beltway Dr**
**Addison, TX 75001**

**Date(s) debt was incurred** 1/31/2026

**Last 4 digits of account number** 6655

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,691.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

3.5 **Nonpriority creditor's name and mailing address**

**Action Company**
**1105 Lake Rd**
**Marshall, MN 56258**

**Date(s) debt was incurred** 9/30/2025

**Last 4 digits of account number** 9202

**As of the petition filing date, the claim is:** *Check all that apply.* **$128.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

3.6 **Nonpriority creditor's name and mailing address**

**Adams Lawn Care**
**56997 412th St**
**New Ulm, MN 56073**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,062.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**

**Advanced Maintenance**
**24882 County Rd 512A**
**Essex, MO 63846**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0560

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,011.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

3.8 **Nonpriority creditor's name and mailing address**

**AEP Ohio**
**PO Box 371496**
**Pittsburgh, PA 15250-7496**

**Date(s) debt was incurred** _

**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,035.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

3.9 **Nonpriority creditor's name and mailing address**

**Affordable POS Solutions**
**2603 London Dr**
**Springs, MO 64015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,165.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**

**Air Filter Sales**
**108 SE 4th**
**Des Moines, IA 50309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$117.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.11 **Nonpriority creditor's name and mailing address**
**Airmasters**
**732 North Main Street**
**Perryville, MO 63775**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1119

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,851.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Aldrich Management**
**1975 Hempstead Turnpike,**
**East Meadow, NY 11554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,741.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**George Alexander**
**3744 E. Chapman Ave #12355**
**Orange, CA 92859**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,032.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Allison Blacktop and Sealcoating**
**2461 Selmaville Rd.**
**Salem, IL 62881**
**Date(s) debt was incurred** 12/3/2024
**Last 4 digits of account number** 9241

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Alpha Baking Company**
**36230 Treasury**
**Chicago, IL 60694-6200**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,033.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Food
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Altstadt Hoffman**
**1401 Buchanan Rd.**
**Evansville, IN 47720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4126

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,925.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Ameren IL**
**PO Box 88034**
**Chicago, IL 60680-1034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,391.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.18** **Nonpriority creditor's name and mailing address**
**Ameren MO**
**PO Box 88068**
**Chicago, IL 60680-1068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,106.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**American Express**
**200 Vesey Street**
**New York, NY 10285**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3004

**As of the petition filing date, the claim is:** *Check all that apply.* **$72,395.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Platinum Card
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 981535**
**El Paso, TX 79998**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1001

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,893.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Amazon Business Prime Card
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**American Financial Credit**
**PO Box 4746**
**Carmel, IN 46082**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** 2024

**As of the petition filing date, the claim is:** *Check all that apply.* **$765.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**American Grease**
**2501 S. Kentucky Ave.**
**Evansville, IN 47714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7400

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,260.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Fire/Hoods/Grease
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**American Security**
**11925 Pacific Ave.**
**Fontana, CA 92337**
**Date(s) debt was incurred** 10/17/2025
**Last 4 digits of account number** 7625

**As of the petition filing date, the claim is:** *Check all that apply.* **$153.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Stacie Anderson**
**449 110th St**
**Sherburn, MN 56171**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** 1066

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.25** **Nonpriority creditor's name and mailing address**
**Aramark Uniform**
**22512 Network Place**
**Chicago, IL 60673-1225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,234.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uniforms
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Atmos Energy**
**PO Box 790311**
**St Louis, MO 63179-0311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,440.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**ATT**
**PO Box 5014**
**Carol Stream, IL 60197-5017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,049.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Auston Mealer's Restaurant Equipment Svc**
**PO BOX 872**
**Dyersburg, TN 38025-0872**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,674.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**B G Consolidated Inc**
**325 Emmett Ave**
**Bowling Green, KY 42101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**B's HomeScape & Yard Solutions LLC**
**252 Creekside Dr.**
**Tucson, MN 85728-4130**
**Date(s) debt was incurred** 9/29/2025
**Last 4 digits of account number** 0130

**As of the petition filing date, the claim is:** *Check all that apply.* **$239.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**BASU Properties**
**Susan Elder**
**9702 Thixton Lane**
**Louisville, KY 40291**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$522.58**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.32 Nonpriority creditor's name and mailing address**
**Beeck Window Cleaning**
**1310 240th St**
**Denison, IA 51442**
**Date(s) debt was incurred** 2/11/2026
**Last 4 digits of account number** 1126

**As of the petition filing date, the claim is:** *Check all that apply.* **$664.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.33 Nonpriority creditor's name and mailing address**
**Beltline Electric**
**PO Box 546**
**Paducah, KY 42002**
**Date(s) debt was incurred** 2/19/2026
**Last 4 digits of account number** 2584

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,091.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.34 Nonpriority creditor's name and mailing address**
**Benton Gas System**
**201 Main Street**
**Benton, KY 42025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$497.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.35 Nonpriority creditor's name and mailing address**
**Berkner Excavating**
**47739 US-12**
**Milbank, SD 57252**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.36 Nonpriority creditor's name and mailing address**
**Best Plumbing**
**1039 Hwy 75 South**
**Moorhead, MN 56560**
**Date(s) debt was incurred** 2/8/2026
**Last 4 digits of account number** 5873

**As of the petition filing date, the claim is:** *Check all that apply.* **$195.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.37 Nonpriority creditor's name and mailing address**
**Joe L. & Mary J. Bettencourt, Trustees**
**Bettencourt Living Trust**
**14011 E. Ave**
**Turlock, CA 95380**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,798.75**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

**3.38 Nonpriority creditor's name and mailing address**
**Bone Dry Commercial Roofing, Inc.**
**7735 Winton Dr**
**Indianapolis, IN 46268**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,687.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.39** **Nonpriority creditor's name and mailing address**
**Brian Bonfiglio**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$191,132.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred compensation

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**
**Boyds Refrigeration**
**57383 County Rd 9**
**W Lafayette, OH 43845**

**Date(s) debt was incurred** 4/30/2025

**Last 4 digits of account number** 5374

**As of the petition filing date, the claim is:** *Check all that apply.* **$151.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**
**The Boys Lawn**
**2222 Wedgewood Dr.**
**Union City, TN 38261**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$855.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
**BPU**
**PO Box 460**
**Paris, TN 38242-0460**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1025

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,611.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
**Brennan Heating**
**619 East Morton Ave**
**Jacksonville, IL 62650**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,159.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Ethan Browning**
**286 Beauchamp Lane**
**Meredosia, IL 62665**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,719.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**Bullock-Golden**
**PO BOX 3953**
**Visalia, CA 93278**

**Date(s) debt was incurred** 2/25/2026

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,666.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**C D Refrigeration**
**1007 2nd Ave. W**
**Spencer, IA 51301**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** 1218

**As of the petition filing date, the claim is:** *Check all that apply.* **$486.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**C&A Enterprises LLC dba Harvey Sign Co.**
**1224 2nd Ave**
**Worthington, MN 56187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,853.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
**Calpine Energy**
**717 Texas Avenue**
**Houston, TX 77002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,724.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**Cam Electric**
**603 E. Reelfoot Ave.**
**PO Box 835**
**Union City, TN 38261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$350.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**Campbellsville Water**
**110 S. Columbia Ave Ste A**
**Campbellsville, KY 42718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0003

**As of the petition filing date, the claim is:** *Check all that apply.* **$395.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**City of Cape Girardeau**
**PO Box 617**
**Cape Girardeau, MO 63702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$844.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**Cass Communications**
**PO Box 200**
**Virginia, IL 62691**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0126

**As of the petition filing date, the claim is:** *Check all that apply.* **$142.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.53 **Nonpriority creditor's name and mailing address**
**Cennox Reactive Field Services, LLC**
**PO Box 7048**
**Group 22**
**Indianapolis, IN 46207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,469.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**
**Center Point Energy**
**PO Box 2628**
**Houston, TX 77252-2628**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,347.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.55 **Nonpriority creditor's name and mailing address**
**City of Centralia**
**PO Box 569**
**Centralia, IL 62801**
**Date(s) debt was incurred** 2/26/2026
**Last 4 digits of account number** 2626

**As of the petition filing date, the claim is:** *Check all that apply.* **$24.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.56 **Nonpriority creditor's name and mailing address**
**Chandler Utilities**
**401 E. Lincoln Avenue**
**Chandler, IN 47610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2225

**As of the petition filing date, the claim is:** *Check all that apply.* **$177.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.57 **Nonpriority creditor's name and mailing address**
**Charter Communications**
**12405 Powerscourt Dr. c/o Tax Dept**
**St. Louis, MO 63131-3674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0826

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,082.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**
**Cintas Corporation**
**PO Box 88005**
**Chicago, IL 60680-1005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,772.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.59 **Nonpriority creditor's name and mailing address**
**Citation Fire**
**4319 Crittenden Drive**
**Louisville, KY 40209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,119.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Fire/Hoods/Grease
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.60 **Nonpriority creditor's name and mailing address**
**Citizens Electric Corp**
**1500 Rand Avd**
**Perryville, MO 63775**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,465.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**CKE Restaurants LLC**
**6700 Tower Circle**
**Suite 1000**
**Franklin, TN 37067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$647,032.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent / Property Taxes
Is the claim subject to offset? ■ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
**Classy Grass**
**PO Box 7001**
**Mattoon, IL 61938-7001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$975.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**City of Clinton**
**PO Box 378**
**Clinton, IL 61727**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5226

**As of the petition filing date, the claim is:** *Check all that apply.* **$162.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
**Coca Cola Bottling**
**2150 Coca Cola Lane**
**Rapid City, SD 57702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9546

**As of the petition filing date, the claim is:** *Check all that apply.* **$162.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
**Coca Cola North America**
**PO Box 101086**
**Atlanta, GA 30392-1086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,254.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
**Columbia Gas**
**PO Box 4629**
**Carol Stream, IL 60197-4629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,974.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
**Comcast Business**
**PO Box 70219**
**Philadelphia, PA 19176-0219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,059.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
**Commercial Refrigeration of KY**
**PO Box 1061**
**Campbellsville, KY 42719**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$620.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.69** **Nonpriority creditor's name and mailing address**
**Consolidated**
**PO Box 7001**
**Mattoon, IL 61938-7001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$230.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
**The Continental**
**151 N. Franklin 15th FL**
**Chicago, IL 60606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$685.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
**Cook Excavating**
**16149 E Oakford Ave**
**Petersburg, IL 62675-6685**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$915.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
**Cooks Locksmith**
**4614 Poplar Level Road**
**Louisville, KY 40213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9206

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.73** **Nonpriority creditor's name and mailing address**
**Copesan Services**
**PO Box 8442**
**Carol Stream, IL 60197-8442**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,337.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

3.74 **Nonpriority creditor's name and mailing address**
**Corbin Lawncare**
**416 Gaddis Ridge Rd**
**Elk Horn, KY 42733**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,116.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Gregory M Cox, Jr.**
**16298 SR 16**
**Conesville, OH 43811**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$166.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Cress Refrigeration**
**214 Budd Street**
**Fairmont, MN 56031**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** 5658

**As of the petition filing date, the claim is:** *Check all that apply.* **$202.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**CTI III, LLC**
**PO Box 67**
**Folsom, CA 95763**
**Date(s) debt was incurred** 1/30/2026
**Last 4 digits of account number** 5902

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,060.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal/Accounting
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Culligan Iowa**
**15 W 17th St**
**Spencer, IA 51301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$52.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Culligan Jackson**
**212 2nd St.**
**Jackson, MN 56143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3126

**As of the petition filing date, the claim is:** *Check all that apply.* **$221.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Culligan of Champaign**
**106 S. Country Fair Drive**
**Suite A**
**Champaign, IL 61821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$85.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

**3.81** **Nonpriority creditor's name and mailing address**

**Culligan Storm Lake**
**PO Box 279**
**Storm Lake, IA 50588**

**Date(s) debt was incurred** 1/31/2026

**Last 4 digits of account number** 3126

**As of the petition filing date, the claim is:** *Check all that apply.* **$49.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

**Culligan Water Mont.**
**110 West Freemont Street**
**Owatonna, MN 55060**

**Date(s) debt was incurred** 4/30/2025

**Last 4 digits of account number** 2025

**As of the petition filing date, the claim is:** *Check all that apply.* **$60.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**

**Rose Curts**
**13380 Tollgate Rd**
**Pickerington, OH 43147**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$70,430.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

Is the claim subject to offset? ■ No ☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

**Custom Graphic Inc**
**2501 3rd Ave N**
**Fargo, ND 58102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$745.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**3.85** **Nonpriority creditor's name and mailing address**

**Cutting Edge Lawncare, LLC**
**185 Timber Ridge Ln**
**Jonesboro, IL 62952**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,731.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

**Dakota Gasket LLC**
**1212 5th Ave NE**
**West Fargo, ND 58078**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3047

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,455.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**

**Dakotas Window**
**PO Box 2654**
**Rapid City, SD 57709**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,155.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repair/Maintenance

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.88 | **Daniel and Sons**<br>**105 Hilltop Lane**<br>**Marion, IL 62959**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$834.08** |
| 3.89 | **Dauenhauer Plumbing**<br>**3416 Robards Court**<br>**Louisville, KY 40218**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,312.00** |
| 3.90 | **Daves Plumbing**<br>**6095 Hwy 7SE**<br>**Maynard, MN 56260**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.91 | **Davis Electric**<br>**5975 Old US Hwy 45**<br>**Paducah, KY 42003**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,800.00** |
| 3.92 | **DBA Smothers**<br>**117 E. 22nd St.**<br>**Benton, KY 42025**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,789.50** |
| 3.93 | **De Kruif Disposal**<br>**1200 15th Street**<br>**Sheldon, IA 51201**<br>**Date(s) debt was incurred** 1/1/2026<br>**Last 4 digits of account number** 0126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Various<br>Is the claim subject to offset? ■ No ☐ Yes | **$535.00** |
| 3.94 | **City of Decatur Utilities**<br>**#1 Gary K. Anderson Plaza**<br>**Decatur, IL 62523**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$466.45** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.95 **Nonpriority creditor's name and mailing address**
**DeerCreek-Standford**
**Attn: DeLisa Richards**
**1312-B E. Broadway**
**Campbellsville, KY 42718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,849.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Deluxe**
**PO Box 4656**
**Carol Stream, IL 60197-4656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,080.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Office Supplies
Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
**Dereks Snow Removal**
**141 Lochhead Dr**
**Chester, IL 62233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lawn Care/Snow Removal
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
**Design Team Sign Co**
**255 Old Morris Chapel Road**
**Adamsville, TN 38310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,739.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
**DMI Manufacturing**
**7177 Industrial Park Blvd**
**Mentor, OH 44060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,323.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
**Dominion Energy**
**PO Box 26785**
**Richmond, VA 26785**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$636.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
**Drain Pro**
**PO Box 348**
**Estherville, IA 51334**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$660.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**Charles Drude dba Bott's Locksmith**<br>**204 East Main**<br>**Danville, IL 61832**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$144.63** |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**The Dua Family Trust**<br>**Attn: Vijay K. Dua, Co-Trustee**<br>**2008 West Alluvial Avenue**<br>**Fresno, CA 93711**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Settlement Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | **$209,020.32** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Duitsman**<br>**8 S. 5th Street**<br>**Estherville, IA 51334**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,808.67** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Duke Energy**<br>**PO Box 1090**<br>**Charlotte, NC 28201-1326**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,184.06** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**Dutch Enterprises**<br>**PO Box 438**<br>**Jackson, MO 63755-0438**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$756.09** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Dynamic HVAC**<br>**8095 Goodrich SW**<br>**Navarre, OH 44662**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,485.96** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**Melissa J. Easley**<br>**1610 Loch Lomond Dr**<br>**Murray, KY 42071**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,065.61** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,793.11** |
|---|---|---|---|
| | **Ecolab**<br>**PO Box 100512**<br>**Pasadena, CA 91189-0512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Repair/Maintenance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$441.00** |
|---|---|---|---|
| | **Ecolab EcoSure**<br>**26397 Network Place**<br>**Chicago, IL 60673-1263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Marketing | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.42** |
|---|---|---|---|
| | **Ecowater Systems**<br>**1204 South Broadway St**<br>**New Ulm, MN 56073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Repair/Maintenance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,450.70** |
|---|---|---|---|
| | **Eichenauer Services**<br>**PO Box 778968**<br>**Chicago, IL 60677-8968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Repair/Maintenance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$147.51** |
|---|---|---|---|
| | **Estherville Communications**<br>**339 1st Ave NE**<br>**PO Box 200**<br>**Sioux City, IA 51250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 3/1/2026 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** 0126 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,634.14** |
|---|---|---|---|
| | **City of Estherville**<br>**2 North 7th Street**<br>**P.O. Box 417**<br>**Estherville, IA 51334-0417** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146,400.00** |
|---|---|---|---|
| | **James H. Evans**<br>**Trustee of the J.H. Evans Trust**<br>**324 La Cresta Heights Road**<br>**El Cajon, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Settlement Agreement | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.116 Nonpriority creditor's name and mailing address**
**Evansville Water**
**PO Box 19**
**Evansville, IN 47740-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,116.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.117 Nonpriority creditor's name and mailing address**
**Evergreen Irrigation**
**5600 Haunz Lane**
**Louisville, KY 40241**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.118 Nonpriority creditor's name and mailing address**
**Everyday Investments LLC**
**14301 N 87th St**
**Scottsdale, AZ 85260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,127.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Various
Is the claim subject to offset? ☐ No ■ Yes

**3.119 Nonpriority creditor's name and mailing address**
**Facilities Management, LLC**
**PO Box 713621**
**Chicago, IL 60677-0428**
**Date(s) debt was incurred** 11/28/2025
**Last 4 digits of account number** 2406

**As of the petition filing date, the claim is:** *Check all that apply.* **$432.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.120 Nonpriority creditor's name and mailing address**
**Falcon Restaurant Supply, Inc.**
**2700 E Ash St**
**Springfield, IL 62703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$435.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.121 Nonpriority creditor's name and mailing address**
**Family Lawn Care LLC**
**112 Forest Park Dr.**
**Herrin, IL 62948**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,487.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lawn Care/Snow Removal
Is the claim subject to offset? ■ No ☐ Yes

**3.122 Nonpriority creditor's name and mailing address**
**Farmers Market**
**PO Box 184**
**Sheldon, IA 51201**
**Date(s) debt was incurred** 1/31/2026
**Last 4 digits of account number** 8743

**As of the petition filing date, the claim is:** *Check all that apply.* **$57.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.123 **Nonpriority creditor's name and mailing address**
**FBT Gibbons LLP**
**400 West Market St**
**Suite 3200**
**Louisville, KY 40202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,068.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal/Accounting
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**FCPT Holdings**
**591 Redwood Highway**
**Suite 3215**
**Mill Valley, CA 94941**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,032.26**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Unexpired Lease
Is the claim subject to offset? ■ No ☐ Yes

3.125 **Nonpriority creditor's name and mailing address**
**Michael Fichera**
**2116 Freeborn Way**
**Santa Rosa Valley, CA 93012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,652.68**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Unexpired Lease
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Figlewicz Enterprises, Inc.**
**2938 Crownview Dr.**
**Rancho Palos Verdes, CA 90275**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$274,020.48**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**Margaret & David Firestone Living Trust**
**72877 Dinah Shore Dr #103**
**Rancho Mirage, CA 92270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$126,146.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Settlement Agreement
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**First Financial Bank**
**255 East 5th Street**
**Suite 700**
**Cincinnati, OH 45202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$203.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Negative balance in closed accounts x0868 and x0876
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**FJ Enterprises LLC**
**143 Laurel Drive**
**Bardstown, KY 40004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$175,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Settlement Agreement
Is the claim subject to offset? ■ No ☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**
**John Flessner**
**103 Webster Court**
**Catlin, IL 61817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,080.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**
**Fourth Enterprises**
**PO Box 122097**
**Dallas, TX 75312-2097**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,773.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payroll
Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**
**Franklin Outdoor**
**20092 Edison Circle**
**Clearwater, MN 55320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$885.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**
**City of Fredericktown**
**124 West Main Street**
**Fredericktown, MO 63645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$140.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**
**Frontier**
**P.O. Box 740407**
**Cincinnati, OH 45274-0407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,355.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**
**Full Meals Technology Inc. DBA Loop AI**
**505 Montgomery St**
**11th Floor**
**San Francisco, CA 94111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Various
Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**
**Futiva LLC**
**PO Box 40**
**Dahlgren, IL 62828-0040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.137 Nonpriority creditor's name and mailing address**
**GAIC**
**301 E 4th Street 16NE**
**Cincinnati, OH 45202-4245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.138 Nonpriority creditor's name and mailing address**
**Garbage Hauling**
**PO Box 667**
**Carroll, IA 51401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2826

**As of the petition filing date, the claim is:** *Check all that apply.* **$364.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.139 Nonpriority creditor's name and mailing address**
**Gaskets Unlimited**
**3001 McCall Dr.**
**Atlanta, GA 30340**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$762.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.140 Nonpriority creditor's name and mailing address**
**Gilkey Lawn Care**
**12168 Marion Rd.**
**Princeton, KY 42445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$745.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.141 Nonpriority creditor's name and mailing address**
**City of Granite Falls**
**641 Prentice Street**
**Granite Falls, MN 56241**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2826

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,985.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.142 Nonpriority creditor's name and mailing address**
**Great Plains Natural Gas**
**PO Box 7608**
**Boise, ID 83707-1608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$641.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.143 Nonpriority creditor's name and mailing address**
**GreenWorks Lawn & Landscape Maintenance**
**304 N. Westgate Avenue**
**Jacksonville, IL 62650**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,679.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

**3.144 Nonpriority creditor's name and mailing address**

**Greg Grinter**
**7621 State Route 143**
**Edwardsville, IL 62025**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,429.84**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Unexpired Lease

Is the claim subject to offset? ■ No ☐ Yes

**3.145 Nonpriority creditor's name and mailing address**

**Edward Guidotti**
**625 Spruce Ave**
**South San Francisco, CA 94080-2751**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$811.89**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

**Hard 1005 Mineral Wells Avenue LLC**
**55 Oceana Dr East Unit PH3C**
**Brooklyn, NY 11235**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,236.70**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

**3.147 Nonpriority creditor's name and mailing address**

**Hardee's Restaurants LLC**
**6700 Tower Cir Ste 1000**
**Franklin, TN 37067-1490**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$339,803.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchisee Royalties / Advertising

Is the claim subject to offset? ☐ No ■ Yes

**3.148 Nonpriority creditor's name and mailing address**

**Hardees Spring LLC**
**Attn: Yongwood Calvin Lee**
**516 N. Irving Blvd**
**Los Angeles, CA 90004**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,180.24**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

**3.149 Nonpriority creditor's name and mailing address**

**HardeeScott LLC**
**6200 Wild Heron Way**
**College Grove, TN 37046**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,641.46**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

**3.150 Nonpriority creditor's name and mailing address**

**Hardin County Water**
**360 Ring Rd**
**Elizabethtown, KY 42701**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$599.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.151 **Nonpriority creditor's name and mailing address**
**City of Harrisburg Utilities**
**110 E Locust**
**Harrisburg, IL 62946**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$462.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.152 **Nonpriority creditor's name and mailing address**
**HCKE - Advertising**
**420 Montgomery Street**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,618,873.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Franchisee Royalties / Advertising
Is the claim subject to offset? ■ No ☐ Yes

---

3.153 **Nonpriority creditor's name and mailing address**
**HCKE - POS**
**420 Montgomery Street**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,085.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Franchisee Royalties / Advertising
Is the claim subject to offset? ■ No ☐ Yes

---

3.154 **Nonpriority creditor's name and mailing address**
**HCKE - Royalty**
**420 Montgomery Street**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,376,759.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Franchisee Royalties / Advertising
Is the claim subject to offset? ■ No ☐ Yes

---

3.155 **Nonpriority creditor's name and mailing address**
**Hedgemasters LLC**
**4724 Chokecherry Ct**
**West Fargo, ND 58078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,398.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.156 **Nonpriority creditor's name and mailing address**
**Helget Gas Products**
**PO Box 30197**
**Omaha, NE 68103-1297**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,211.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.157 **Nonpriority creditor's name and mailing address**
**Helm Services LLC**
**3814 7th Street Rd.**
**Louisville, KY 40216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$930.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.158 **Nonpriority creditor's name and mailing address**
**City of Herrin**
**300 N. Park**
**Herrin, IL 62948**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$358.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.159 **Nonpriority creditor's name and mailing address**
**Herron Family Trust**
**Paul Herron, Trustee**
**1627 Parvenu Ln**
**Fallbrook, CA 92028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,144.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

---

3.160 **Nonpriority creditor's name and mailing address**
**Hiemstra Lawn**
**PO Box 163**
**Orange City, IA 51041**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$144.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.161 **Nonpriority creditor's name and mailing address**
**Hillers Sheet Metal**
**150 N Oak St**
**Hillsboro, IL 62049**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,829.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.162 **Nonpriority creditor's name and mailing address**
**Hillsboro Electric Co**
**119 Church St**
**Hillsboro, IL 62049**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$993.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.163 **Nonpriority creditor's name and mailing address**
**Hilscher-Clarke Electric Company**
**572 S 3rd St**
**Coshocton, OH 43812**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$710.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.164 **Nonpriority creditor's name and mailing address**
**James R Hornbuckle**
**601 S 4th**
**Murray, KY 42071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$839.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.165 **Nonpriority creditor's name and mailing address**
**Hortons Lockshop Inc**
**900 Coldwater Rd**
**Murray, KY 42071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$860.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Howe Sanitation**
**PO Box 863**
**Spencer, IA 51301**
**Date(s) debt was incurred** 6/3/2025
**Last 4 digits of account number** 6154

**As of the petition filing date, the claim is:** *Check all that apply.* **$668.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
**ID Signs and Service**
**3555 Ogden Road**
**Springfield, IL 62711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8962

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,580.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**IHFA**
**4919 Lamar Avenue**
**Mission, KS 66202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Licenses and Permits
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Illinois American Water**
**PO Box 3027**
**Milwaukee, WI 53201-3027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$397.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Indiana American Water**
**PO Box 94551**
**Palatine, IL 60094-4551**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
**Indiana Logo Sign**
**PO Box 772631**
**Detroit, MI 48277-2631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,784.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.172** **Nonpriority creditor's name and mailing address**
**Interstate Telephone**
**312 4th St W**
**Clear Lake, SD 57226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$252.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

**3.173** **Nonpriority creditor's name and mailing address**
**J&H Mowing Service**
**2809 St. Hwy F**
**Jackson, MO 63755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,380.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.174** **Nonpriority creditor's name and mailing address**
**J. Edward Real Estate L.L.C.**
**c/o James Stanek**
**718 East St. Andrews Circle**
**Dakota Dunes, SD 57049**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,654.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Settlement Agreement
Is the claim subject to offset? ■ No ☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**
**Jackson County Health Dept**
**PO Box 307**
**Murphysboro, IL 62966-0307**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Licenses and Permits
Is the claim subject to offset? ■ No ☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**
**Jackson Purchase Energy**
**6525 US-60 W**
**Paducah, KY 42001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,644.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.177** **Nonpriority creditor's name and mailing address**
**City of Jackson**
**101 Court Street**
**Jackson, MO 63755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$244.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.178** **Nonpriority creditor's name and mailing address**
**City of Jacksonville**
**200 W. Douglas**
**Jacksonville, IL 62650**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2726

**As of the petition filing date, the claim is:** *Check all that apply.* **$607.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

| | | | |
|---|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**Robert James DBA TJ's Lawn Care**<br>**238 Hartland Ave**<br>**Madisonville, KY 42431**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |
| 3.180 | **Nonpriority creditor's name and mailing address**<br>**Jasper Municipal**<br>**610 Main Street**<br>**Jasper, IN 47546**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$43.20** |
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**JATN Holdings**<br>**12838 Francine Ct**<br>**Poway, CA 92064**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Settlement Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | **$112,711.68** |
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**JC Mowing**<br>**4371 N. 2nd Street**<br>**Dubois, IN 47527**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lawn Care/Snow Removal<br>Is the claim subject to offset? ■ No ☐ Yes | **$730.00** |
| 3.183 | **Nonpriority creditor's name and mailing address**<br>**Jeff Mowing Service**<br>**916 Dewey Street**<br>**Eldorado, IL 62930**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,600.00** |
| 3.184 | **Nonpriority creditor's name and mailing address**<br>**Jeffersonville Waste**<br>**PO Box 1588**<br>**Jeffersonville, IN 47131-1588**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.185 | **Nonpriority creditor's name and mailing address**<br>**JLM Services**<br>**191 Ballpark Rd**<br>**Hardinsburg, KY 40143**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,681.88** |

**3.186** **Nonpriority creditor's name and mailing address**
**JM AC Refrigeration**
**660 Oak Grove Rd**
**Benton, KY 42025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$221.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** **Nonpriority creditor's name and mailing address**
**Joule Realty**
**12 Century Hill Drive, Suite 101**
**Latham, NY 12110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,119.08**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Unexpired Lease
Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**
**JP Plumbing**
**1800 N State St**
**New Ulm, MN 56073**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$314.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**
**Kameel & Karen Totah, Co-Trustees**
**Totah Trust Agreement**
**4523 Cedros Ave.**
**Sherman Oaks, CA 91403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$166,881.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Settlement Agreement
Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**
**KDM**
**PO Box 632796**
**Cincinnati, OH 45263**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,235.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** POP
Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**
**Kens Sanitation**
**PO Box 2127**
**Fargo, ND 58107-2127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7367

**As of the petition filing date, the claim is:** *Check all that apply.* **$118.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** **Nonpriority creditor's name and mailing address**
**Kentucky Logos**
**2129-C Commercial Drive**
**Frankfort, KY 40601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.193** **Nonpriority creditor's name and mailing address**
**Kentucky State**
**Department of HBC/Boilers**
**5 Mero St., 1st Floor**
**Frankfort, KY 40601**
**Date(s) debt was incurred** 8/5/2024
**Last 4 digits of account number** 0187

**As of the petition filing date, the claim is:** *Check all that apply.* **$41.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Various
Is the claim subject to offset? ■ No ☐ Yes

**3.194** **Nonpriority creditor's name and mailing address**
**Kentucky Utilities**
**PO Box 9001**
**Louisville, KY 40290-1964**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,899.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.195** **Nonpriority creditor's name and mailing address**
**Kimes Lawncare**
**2660 Madison 203**
**Fredericktown, MO 63645**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$390.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.196** **Nonpriority creditor's name and mailing address**
**Klosterman Baking Co**
**PO Box 712572**
**Cincinnati, OH 45271**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,158.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.197** **Nonpriority creditor's name and mailing address**
**Koorsen Fire**
**2719 N. Arlington Ave.**
**Indianapolis, IN 46218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$308.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**
**Kosmides Family Trust, UTD**
**Dimitri & Maria Kosmides, Co-Trustees**
**919 Foothill Blvd**
**La Verne, CA 91750**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$161,411.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Settlement Agreement
Is the claim subject to offset? ■ No ☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**
**L & S Realty Inc.**
**PO Box 1061**
**Mount Vernon, OH 43050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,320.97**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.200 | **Lakeland Lawn Care**<br>**PO Box 407**<br>**Harrisburg, IL 62946**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lawn Care/Snow Removal<br>Is the claim subject to offset? ■ No ☐ Yes | **$114.48** |
| 3.201 | **Jerry Landis**<br>**PO Box 1061**<br>**Mount Vernon, OH 43050**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,438.71** |
| 3.202 | **Langford Service Company, Inc.**<br>**PO Box 405**<br>**Jackson, MO 63755**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$962.97** |
| 3.203 | **Lawler Fixture Co.**<br>**PO Box 1617**<br>**Sioux City, IA 51102**<br>**Date(s) debt was incurred** 10/31/2024<br>**Last 4 digits of account number** 8987 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$212.07** |
| 3.204 | **LeLoux Diversified**<br>**2832 270th St**<br>**Hall, IA 51239**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$502.90** |
| 3.205 | **Lewis Advertising**<br>**1050 Country Club Rd.**<br>**Rocky Mount, NC 27804**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Marketing<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,300.54** |
| 3.206 | **LG&E**<br>**PO Box 9001960**<br>**Louisville, KY 40290-1960**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,841.23** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.207** **Nonpriority creditor's name and mailing address**
**Liberty Utilities**
**2751 N. High Street**
**Jackson, MO 63755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$727.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.208** **Nonpriority creditor's name and mailing address**
**Lind Media**
**PO Box 5601**
**Mansfield, OH 44901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,938.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

**3.209** **Nonpriority creditor's name and mailing address**
**Lionsgate Investment**
**333 W. Garvey Ave, Suite 885**
**Monterey Park, CA 91755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$187,759.08**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Unexpired Lease
Is the claim subject to offset? ■ No ☐ Yes

**3.210** **Nonpriority creditor's name and mailing address**
**Lohman Landscaping**
**623 W 9th St**
**Spencer, IA 51301**
**Date(s) debt was incurred** 5/29/2025
**Last 4 digits of account number** 1069

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,248.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lawn Care/Snow Removal
Is the claim subject to offset? ■ No ☐ Yes

**3.211** **Nonpriority creditor's name and mailing address**
**Lohman Lawncare**
**216 Ben St**
**Chester, IL 62233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$420.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lawn Care/Snow Removal
Is the claim subject to offset? ■ No ☐ Yes

**3.212** **Nonpriority creditor's name and mailing address**
**The Loomis Company**
**850 N Park Road**
**Wyomissing, PA 19610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,705.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.213** **Nonpriority creditor's name and mailing address**
**David L. Love**
**44100 U.S. Highway 36**
**Coshocton, OH 42812**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$517.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.214 | **Luck of the Irish**<br>**22065 Clinton Road**<br>**Paris, IL 61944**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Lawn Care/Snow Removal<br>Is the claim subject to offset? ■ No ☐ Yes | **$495.00** |
| 3.215 | **Lucre Group LLC**<br>**PO Box 6821**<br>**Evansville, IN 47719**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,695.03** |
| 3.216 | **Madison Water Sewer**<br>**101 W Main St**<br>**Madison, IN 47250-3776**<br>Date(s) debt was incurred 2/27/2026<br>Last 4 digits of account number 2726 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$60.51** |
| 3.217 | **Madisonville Municipal Utilities**<br>**77 N Main St**<br>**Madisonville, KY 42431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,980.82** |
| 3.218 | **City of Madisonville**<br>**PO Box 705**<br>**Madisonville, KY 42431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,330.84** |
| 3.219 | **Mahoney Environmental**<br>**37458 Eagle Way**<br>**Chicago, IL 60678-1374**<br>Date(s) debt was incurred _<br>Last 4 digits of account number Multiple | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Fire/Hoods/Grease<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,323.15** |
| 3.220 | **Mankato**<br>**PO Box 3167**<br>**Mankato, MN 56002**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 4727 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,268.96** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.221** **Nonpriority creditor's name and mailing address**
**William P. Marino Jr**
**PO Box 992**
**New Philadelphia, OH 44663-0992**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,335.48**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**
**Marshall Municipal Utilities**
**113 South Fourth Street**
**Marshall, MN 56258-1223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$355.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.223** **Nonpriority creditor's name and mailing address**
**Nicholas Joseph Marshall**
**dba Ecowash Solutions, LLC**
**199 Three Acre Wood Lane**
**Hartford, KY 42347**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**
**Master Electric**
**5500 Cottonwood Lane SE**
**Prior Lake, MN 55372**
**Date(s) debt was incurred** 8/27/2025
**Last 4 digits of account number** 7697

**As of the petition filing date, the claim is:** *Check all that apply.* **$290.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.225** **Nonpriority creditor's name and mailing address**
**Jonathan Ryan Mathews**
**dba Mathews and Son Plumbing LLC**
**8750 Palestine School Rd**
**West Paducah, KY 42086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**
**MB Heating Cooling**
**1555 West Jefferson**
**Springfield, IL 62702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**
**MB2K LLC**
**2731 Amigo Drive**
**Lake Havasu City, AZ 86404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$127,095.52**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Unexpired Lease
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.228** **Nonpriority creditor's name and mailing address**
**McCormick Service**
**PO Box 847**
**Urbana, IL 61803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,156.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.229** **Nonpriority creditor's name and mailing address**
**Kenneth McCormick**
**137 South Hobson**
**Virden, IL 62690**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,705.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**
**Shaquille U McGee**
**1011 Ann St**
**Joliet, IL 60435**
**Date(s) debt was incurred** 12/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$528.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payroll
Is the claim subject to offset? ■ No ☐ Yes

**3.231** **Nonpriority creditor's name and mailing address**
**Eric McGuire**
**4416 Malcolm Rd.**
**Louisville, KY 40216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,432.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lawn Care/Snow Removal
Is the claim subject to offset? ■ No ☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**
**Mediacom**
**PO Box 5744**
**Carol Stream, IL 60197-5744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,046.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

**3.233** **Nonpriority creditor's name and mailing address**
**Meijer**
**PO Box 74008449**
**Chicago, IL 60674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2025

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,373.51**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** CAM
Is the claim subject to offset? ■ No ☐ Yes

**3.234** **Nonpriority creditor's name and mailing address**
**Menard's**
**511 Menard Drive**
**Eau Claire, WI 54703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,543.23**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | |
|---|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address**<br>**Merrill Services**<br>**852 County Rd 2550 North**<br>**Champaign, IL 61822**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lawn Care/Snow Removal<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,041.69** |
| 3.236 | **Nonpriority creditor's name and mailing address**<br>**MidAmerican Energy**<br>**666 Grand Ave, Ste 2700**<br>**Des Moines, IA 50309**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,472.16** |
| 3.237 | **Nonpriority creditor's name and mailing address**<br>**Midwest Grease**<br>**PO Box 319**<br>**Redwood Falls, MN 56283**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Fire/Hoods/Grease<br>Is the claim subject to offset? ■ No ☐ Yes | **$730.92** |
| 3.238 | **Nonpriority creditor's name and mailing address**<br>**Midwest Trust Company**<br>**1220 Main Street, Suite 500**<br>**Vancouver, WA 98660**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.96** |
| 3.239 | **Nonpriority creditor's name and mailing address**<br>**The Mier Family**<br>**6520 Crossway Drive**<br>**Pico Rivera, CA 90660**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Settlement Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | **$144,900.00** |
| 3.240 | **Nonpriority creditor's name and mailing address**<br>**Mike Lawn Service**<br>**425 E. 5th St.**<br>**Storm Lake, IA 50588**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$676.83** |
| 3.241 | **Nonpriority creditor's name and mailing address**<br>**Mirus Information**<br>**820 Gessner, Suite 1600**<br>**Houston, TX 77024**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Various<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,080.00** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.242** **Nonpriority creditor's name and mailing address**
**MNH Technology and Consulting**
**11545 Yuma Ln N**
**Maple Grove, MN 55369**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,367.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal/Accounting
Is the claim subject to offset? ■ No ☐ Yes

**3.243** **Nonpriority creditor's name and mailing address**
**Moorhead Public Utilities**
**2nd Floor City Hall 500 Center Avenue**
**Moorhead, MN 56560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,080.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**
**Morgan Lawn Care**
**2020 W County Rd 200 N**
**North Vernon, IN 47265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.245** **Nonpriority creditor's name and mailing address**
**City of Murphysboro**
**1101 Walnut St.**
**Murphysboro, IL 62966**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2726

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.246** **Nonpriority creditor's name and mailing address**
**Murray Electric**
**PO Box 1095**
**Murray, KY 42071-1095**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,591.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.247** **Nonpriority creditor's name and mailing address**
**City of Murray**
**500 Main St.**
**Murray, KY 42071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2025

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,537.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Various
Is the claim subject to offset? ■ No ☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**
**Mutual of Omaha**
**PO Box 2147**
**Omaha, NE 68103-2147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,032.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.249 Nonpriority creditor's name and mailing address**
**Nary Family Trust**
**8758 Shoshone Avenue**
**Sherwood Forest, CA 91325-3121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,024.22**
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

---

**3.250 Nonpriority creditor's name and mailing address**
**Nelbud Services**
**PO Box 809641**
**Chicago, IL 60680-8802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,259.91**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Fire/Hoods/Grease
Is the claim subject to offset? ■ No ☐ Yes

---

**3.251 Nonpriority creditor's name and mailing address**
**Nelmar**
**3100 rue des Batisseurs**
**Terrebonne, QC J6Y 0A2**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8668

**As of the petition filing date, the claim is:** *Check all that apply.* **$93.15**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Various
Is the claim subject to offset? ■ No ☐ Yes

---

**3.252 Nonpriority creditor's name and mailing address**
**New Philadelphia Utilities**
**Water Office**
**New Philadelphia, OH 44663**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$399.83**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

**3.253 Nonpriority creditor's name and mailing address**
**NorthStar Electric**
**21 Maple Heights Drive**
**Estherville, IA 51334**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$841.40**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.254 Nonpriority creditor's name and mailing address**
**Northwestern Energy**
**11 E Park St**
**Butte, MT 05970-7001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$513.57**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 Nonpriority creditor's name and mailing address**
**Nuvera**
**27 N Minnesota St**
**New Ulm, MN 56073**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$185.10**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | |
|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address**<br>**O'Fallon Lawn Care**<br>**921 Robinhood Ln**<br>**Ottawa, IL 61350**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$720.00** |
| 3.257 | **Nonpriority creditor's name and mailing address**<br>**Ocarra Inc**<br>**200 Golden Meadow Ln**<br>**Ledbetter, KY 42058**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Fire/Hoods/Grease<br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |
| 3.258 | **Nonpriority creditor's name and mailing address**<br>**Ohio Bureau of Workers' Compensation**<br>**30 W Spring St**<br>**Columbus, OH 43215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,423.00** |
| 3.259 | **Nonpriority creditor's name and mailing address**<br>**Ohio Logos**<br>**770 Harrison Dr.**<br>**Columbus, OH 43204**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Marketing<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,275.00** |
| 3.260 | **Nonpriority creditor's name and mailing address**<br>**Omega Waste**<br>**PO Box 495**<br>**Corning, CA 96021**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,722.32** |
| 3.261 | **Nonpriority creditor's name and mailing address**<br>**Origer Lawn Service**<br>**603 North 5th St**<br>**Estherville, IA 51334**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$399.11** |
| 3.262 | **Nonpriority creditor's name and mailing address**<br>**Alex Orman**<br>**732 North Main Street**<br>**Perryville, MO 63775**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$945.00** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.263** **Nonpriority creditor's name and mailing address**
**Ottertail Power**
**PO Box 2002**
**Fergus Falls, MN 56538-2002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,359.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.264** **Nonpriority creditor's name and mailing address**
**City of Owensboro Utilities**
**2070 Tamarack Road**
**Owensboro, KY 42302-0806**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2026

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,408.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.265** **Nonpriority creditor's name and mailing address**
**Paducah Power System**
**PO Box 180**
**Paducah, KY 42002-0180**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,995.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.266** **Nonpriority creditor's name and mailing address**
**Paducah Water**
**1800 N. 8th Street**
**Paducah, KY 42001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$891.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.267** **Nonpriority creditor's name and mailing address**
**Pan-O-Gold Baking Company**
**444 E. St Germain St**
**St Cloud, MN 56302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,714.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Food
Is the claim subject to offset? ■ No ☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**
**Paris Gas**
**215 W Wood Street**
**Paris, TN 38242**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$441.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.269** **Nonpriority creditor's name and mailing address**
**Perfection HVAC**
**525 S. Barker Ave**
**Evansville, IN 47712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,665.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

| | | | |
|---|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address**<br>**City of Perryville**<br>**215 N. West Street**<br>**Perryville, MO 63775-1327**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1126 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$888.09** |
| 3.271 | **Nonpriority creditor's name and mailing address**<br>**Pierce Incorporated**<br>**211 48th Avenue SW**<br>**Moorhead, MN 56560**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,067.10** |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>**Samuel Pigue**<br>**527 East Third Street**<br>**Trenton, TN 38382**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$425.00** |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>**PJJAM ENTERPRISES INC.**<br>**1824 Berry Blvd**<br>**Louisville, KY 40215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,679.52** |
| 3.274 | **Nonpriority creditor's name and mailing address**<br>**Plumbing Solutions**<br>**10472 Huey Rd.**<br>**Sparta, IL 62286**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,436.35** |
| 3.275 | **Nonpriority creditor's name and mailing address**<br>**Plunketts Pest Cont**<br>**40 NE 52nd Way**<br>**Fridley, MN 55421**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,276.31** |
| 3.276 | **Nonpriority creditor's name and mailing address**<br>**Pon Farr**<br>**122 Rosecrans Street, Suite 32**<br>**San Diego, CA 92106**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Settlement Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | **$64,071.41** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.277 **Nonpriority creditor's name and mailing address**
**Power Washing Service**
**2410 E Bray Manor Ln**
**Princeton, IN 47670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,382.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
**Premier Communications**
**339 1st Ave NE**
**PO Box 200**
**Sioux Center, IA 51250-0200**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$129.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

3.279 **Nonpriority creditor's name and mailing address**
**Princeton EPB**
**304 E. Legion Drive**
**Princeton, KY 42445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2326

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,809.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
**PSP Operations, Inc.**
**7440 Pingue Drive**
**Worthington, OH 43085**
**Date(s) debt was incurred** 10/29/2024
**Last 4 digits of account number** 4330

**As of the petition filing date, the claim is:** *Check all that apply.* **$562.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
**Quastad Drilling**
**1630 470th Ave.**
**Estherville, IA 51334**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$510.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
**Quint Utilities and Excavating, Inc.**
**PO Box 593**
**Metropolis, IL 62960**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
**R.P. Lumber Co**
**514 E. Vandali**
**Edwardsville, IL 62025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,719.62**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | | | |
|---|---|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address**<br>**Rabers Lawn Care**<br>**25163 TR 26**<br>**Coshocton, OH 43812**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$484.87** |
| 3.285 | **Nonpriority creditor's name and mailing address**<br>**Randle Law Care**<br>**PO Box 152**<br>**Hillsboro, IL 62049**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$840.00** |
| 3.286 | **Nonpriority creditor's name and mailing address**<br>**Red River Electric**<br>**3345 43rd Street South**<br>**Moorhead, MN 56560**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$279.30** |
| 3.287 | **Nonpriority creditor's name and mailing address**<br>**Red River Refrigeration**<br>**160 8th Ave NW**<br>**West Fargo, ND 58078**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,516.08** |
| 3.288 | **Nonpriority creditor's name and mailing address**<br>**Reliable Mechanical LLC**<br>**1411 Interstate Dr.**<br>**PO Box 898**<br>**Champaign, IL 61826-0898**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,759.00** |
| 3.289 | **Nonpriority creditor's name and mailing address**<br>**REMCO Equipment M.**<br>**PO Box 7410423**<br>**Chicago, IL 60674-8980**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$640.61** |
| 3.290 | **Nonpriority creditor's name and mailing address**<br>**Restaurant365**<br>**500 Technology Dr**<br>**Suite 2**<br>**Irvine, CA 92618**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Various<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,192.47** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

3.291 **Nonpriority creditor's name and mailing address**
**RF Technologies**
**PO Box 142**
**Bethalto, IL 62010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,011.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
**Richmond Properties**
**7318 Post Road, Ste 22**
**Las Vegas, NV 89113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$83,380.13**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Unexpired Lease
Is the claim subject to offset? ■ No ☐ Yes

3.293 **Nonpriority creditor's name and mailing address**
**Road Runner Cleaning Pros LLC**
**350 Coyote Run Rd**
**Brandenburg, KY 40108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,457.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
**Robert Kress Trust**
**Avenida Henrique Dumont 115**
**Rio de Janeiro, BRAZIL 22410-0000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,782.26**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
**Rose Pest Solutions**
**PO Box 71400**
**Madison Heights, MI 48071-0400**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,251.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
**Roto Rooter Sioux**
**PO Box 4607**
**Sioux City, IA 51104**
**Date(s) debt was incurred** 1/19/2025
**Last 4 digits of account number** 8725

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,332.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
**Sahlstroms**
**17585 Aspen Avenue**
**Tracy, MN 56175**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,328.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.298 | **Peter Alan Sano**<br>**5531 E. South Bear Creek Dr.**<br>**Merced, CA 95304**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,814.52** |
| 3.299 | **SanPolo Holdings Inc**<br>**495 Mariposa Dr**<br>**Ventura, CA 93001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,004.84** |
| 3.300 | **SCH Sellersburg 1373**<br>**c/o Guggenheim Retail RE Partners**<br>**3000 Internet Blvd., Ste 570**<br>**Frisco, TX 75034**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,147.10** |
| 3.301 | **Schneider Heat**<br>**201 W. Franklin Street**<br>**Evansville, IN 47710**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,589.94** |
| 3.302 | **City of Scottsburg Utilities**<br>**2 E McClain Ave**<br>**Scottsburg, IN 47170-1844**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,454.88** |
| 3.303 | **Town of Sellersburg**<br>**103 S New Albany St**<br>**Sellersburg, IN 47172**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$545.10** |
| 3.304 | **Sewerage System Services**<br>**City Hall**<br>**PO Box 509**<br>**Lincoln, IL 62656**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2426 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$163.42** |

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.305 Nonpriority creditor's name and mailing address**
**SFC Holdings LLC**
**P.O. Box 734176**
**Chicago, IL 60673-4176**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Multiple

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,008.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Uniforms
Is the claim subject to offset? ■ No ☐ Yes

**3.306 Nonpriority creditor's name and mailing address**
**City of Sheldon**
**416 9th Street**
**Sheldon, IA 51201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2726

**As of the petition filing date, the claim is:** *Check all that apply.* **$179.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.307 Nonpriority creditor's name and mailing address**
**Sioux Center**
**335 1st Ave Nw**
**Sioux Center, IA 51250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1926

**As of the petition filing date, the claim is:** *Check all that apply.* **$13.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.308 Nonpriority creditor's name and mailing address**
**Spencers Tree**
**4291 King Rd**
**Bucyrus, OH 44820**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$973.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.309 Nonpriority creditor's name and mailing address**
**Starcorp, LLC**
**Attn: Eric Lester**
**500 W. Goldfield Ave, Spc 54**
**Yerington, NV 89447**
**Date(s) debt was incurred** 12/12/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,586,483.97**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Seller Note
Is the claim subject to offset? ☐ No ■ Yes

**3.310 Nonpriority creditor's name and mailing address**
**Steam Power Inc**
**1717 Stevenson Dr.**
**Springfield, IL 62703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.311 Nonpriority creditor's name and mailing address**
**Stella Solutions, LLC**
**702 E Osborn Rd**
**Phoenix, AZ 85014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$92,075.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payroll
Is the claim subject to offset? ☐ No ■ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.312** **Nonpriority creditor's name and mailing address**
**Stelner Glass, LLC dba Glass Doctor**
**579 SR 83**
**PO Box 495**
**Millersburg, OH 44654**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$572.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.313** **Nonpriority creditor's name and mailing address**
**Stinson Plumbing**
**5457 US Hwy 641 South**
**Benton, KY 42025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,327.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**
**City of Storm Lake**
**620 Erie St**
**Storm Lake, IA 50588**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$597.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.315** **Nonpriority creditor's name and mailing address**
**Sugg Enterprise Lawn**
**PO Box 51**
**Clinton, IL 61727**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$520.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.316** **Nonpriority creditor's name and mailing address**
**SVE LLC**
**PO Box 100**
**Windom, MN 56101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$777.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.317** **Nonpriority creditor's name and mailing address**
**Swat Pest Management**
**2501 N Cullen Avenue**
**Evansville, IN 47715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,045.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.318** **Nonpriority creditor's name and mailing address**
**Swinderman and Sons**
**853 Thornwood Dr**
**Barbeton, OH 44203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.319 **Nonpriority creditor's name and mailing address**
**Talleys Pest Control**
**PO Box 7**
**Kevil, KY 42053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$275.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
**Templars Drywall & Painting LLC**
**1248 W Monterey St**
**Chandler, AZ 85224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.321 **Nonpriority creditor's name and mailing address**
**Thomas Ventures LLC**
**PO Box 99342**
**Louisville, KY 40299**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,524.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**Thompsons Lawn Care**
**129 Wentworth Drive**
**Ledbetter, KY 42058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,705.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**Anthony W. Tiller**
**19188 Concord St**
**Detroit, MI 48234**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$406.32**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**Sabre M. Towers**
**329 Stratford Court**
**Aurora, OH 44202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$424.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**Tri State Lawn Care**
**PO Box 5287**
**Evansville, IN 47715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,420.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.326** **Nonpriority creditor's name and mailing address**
**Tri State Water**
**1525 SD Hwy 10**
**Sisseton, SD 57262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1974

**As of the petition filing date, the claim is:** *Check all that apply.* **$70.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** **Nonpriority creditor's name and mailing address**
**Truly Nolen**
**4309 Professional Parkway**
**Groveport, OH 43125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1705

**As of the petition filing date, the claim is:** *Check all that apply.* **$96.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**
**Ultra Clean Commercial Services LLC**
**7600 Yankeetown Rd.**
**Newburgh, IN 47630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$180.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**
**Van Beek Electric**
**915 5th Ave**
**Sheldon, IA 51201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,054.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**
**Wasserstrom**
**PO Box 933469**
**Cleveland, OH 44193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,793.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**
**Waste Management**
**800 Capitol St, Suite 3000**
**Houston, TX 77002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$837.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** **Nonpriority creditor's name and mailing address**
**Wells Enterprises**
**705 Tesoro Road**
**Monterey, CA 93940**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,829.90**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**

Name

| | | | |
|---|---|---|---|
| 3.333 | Nonpriority creditor's name and mailing address<br>**Andrea V. West**<br>**4810 Devonshire**<br>**Detroit, MI 48224**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$406.32** |
| 3.334 | Nonpriority creditor's name and mailing address<br>**Estate of Wendell Kenneth West**<br>**c/o Sabre Towers**<br>**18891 Moenart**<br>**Detroit, MI 48234**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,892.90** |
| 3.335 | Nonpriority creditor's name and mailing address<br>**Western Alliance Bank**<br>**1 E. Washington St., Ste 1400**<br>**Phoenix, AZ 85004**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,413.96** |
| 3.336 | Nonpriority creditor's name and mailing address<br>**Wex Banks**<br>**PO Box 4337**<br>**Carol Stream, IL 60197-4337**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,095.40** |
| 3.337 | Nonpriority creditor's name and mailing address<br>**Weymar Trust**<br>**891 South Walnut Street Unit #262**<br>**Anaheim, CA 92802**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,316.31** |
| 3.338 | Nonpriority creditor's name and mailing address<br>**Terry White**<br>**PO Box 395**<br>**Madisonville, KY 42431**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$498.50** |
| 3.339 | Nonpriority creditor's name and mailing address<br>**Wilson Plumbing Inc**<br>**PO Box 4056**<br>**Campbellsville, KY 42719**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Repair/Maintenance<br>Is the claim subject to offset? ■ No ☐ Yes | **$700.75** |

3.340 **Nonpriority creditor's name and mailing address**
**City of Windom**
**444 9th St**
**Windom, MN 56101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,717.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.341 **Nonpriority creditor's name and mailing address**
**The Window Guys**
**1640 W. 9th St**
**Owensboro, KY 42301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,634.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

---

3.342 **Nonpriority creditor's name and mailing address**
**Windstream**
**PO Box 9001013**
**Louisville, KY 40290-1013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$117.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone/Internet
Is the claim subject to offset? ■ No ☐ Yes

---

3.343 **Nonpriority creditor's name and mailing address**
**Brian Winter**
**942 E. Chapman**
**Orange, CA 92866**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,774.03**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Rent
Is the claim subject to offset? ■ No ☐ Yes

---

3.344 **Nonpriority creditor's name and mailing address**
**XB Franchise Solutions**
**702 E. Osborn Rd. Suite 100**
**Phoenix, AZ 85014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal/Accounting
Is the claim subject to offset? ■ No ☐ Yes

---

3.345 **Nonpriority creditor's name and mailing address**
**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$483.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

3.346 **Nonpriority creditor's name and mailing address**
**Xenial Inc**
**PO Box 930157**
**Atlanta, GA 31193-0157**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,088.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Various
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Superior Star, LLC** Case number (if known) **26-31809**
Name

**3.347** **Nonpriority creditor's name and mailing address**
**YouniQue Yards & Snow Removal LLC**
**PO Box 4056**
**Campbellsville, KY 42719**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$390.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

**3.348** **Nonpriority creditor's name and mailing address**
**Ziglin Signs**
**PO Box 930157**
**Washington, MO 63090**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** 9420

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,243.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Repair/Maintenance
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,896,898.42 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,484,090.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 15,380,988.96 |

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Payroll services agreement dated June 29, 2024** | **ADP, Inc.**<br>**One ADP Blvd**<br>**Roseland, NJ 07068** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503772** | **Aldrich Management**<br>**1975 Hempstead Turnpike, Ste 309**<br>**East Meadow, NY 11554** |
| State the term remaining | **03/31/2039** | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502728** | **Alexander Living Trust**<br>**George Alexander**<br>**3744 E. Chapman Ave #12355**<br>**Orange, CA 92859** |
| State the term remaining | **11/30/2027** | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease 2024 Jeep Grand Cherokee VIN: 1C4RJHAG9RC700772** | **Ally Financial**<br>**P.O. Box 380901**<br>**Minneapolis, MN 55438** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Uniforms and facilities services** | **Aramark Uniform**<br>**22512 Network Place**<br>**Chicago, IL 60673-1225** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Property insurance tower**<br><br>**Renewed post-petition through 08/11/2027** | **Beazley, Steadfast, Columbia Casualty and Navigators** |
| State the term remaining | **08/11/2026** | |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506015** | **Joe L. & Mary J. Bettencourt, Trustees**<br>**Bettencourt Living Trust**<br>**14011 E. Ave**<br>**Turlock, CA 95380** |
| State the term remaining | **06/30/2038** | |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Tax and financial statement review** | **Capital Accounting, PC**<br>**15215 S. 48th Street**<br>**Suite 139**<br>**Phoenix, AZ 85044** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | **Repair and maintenance** | **Cennox Reactive Field Services, LLC**<br>**PO Box 7048**<br>**Group 22**<br>**Indianapolis, IN 46207** |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Payment processing** | **Check Commerce**<br>**1375 N. Scottsdale Rd, Suite 400**<br>**Scottsdale, AZ 85257** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vehicle lease**<br>**2023 Jeep Grand Cherokee**<br>**VIN: 1C4RJKAG0P8853005** | **Chrysler Capital**<br>**Attn: Bankruptcy Department**<br>**PO Box 660647**<br>**Dallas, TX 75266** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Uniforms and facilities services** | **Cintas Corporation**<br>**P.O. Box 88005**<br>**Chicago, IL 60680-1005** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fire protection agreement dated November 1, 2024** | **Cintas Corporation No. 2**<br>**6800 Cintas Blvd**<br>**Cincinnati, OH 45262** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **103 Hardee's Restaurant franchise agreement packages dated December 12, 2023**<br><br>**04/28/2028** | **CKE Restaurant Holdings, Inc.**<br>**Hardee's Restaurants LLC**<br>**6700 Tower Cir Ste 1000**<br>**Franklin, TN 37067-1490** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500078** | |
| | State the term remaining | **07/31/2029** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500119 (closed)** | |
| | State the term remaining | **04/30/2027** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500150 (closed)** | |
| | State the term remaining | **07/31/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500275 (closed)** | |
| | State the term remaining | **06/30/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500281** | |
| | State the term remaining | **01/31/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500291** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| State the term remaining | **06/30/2028** | |
| List the contract number of any government contract | | |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500376 (closed)** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| State the term remaining | **04/30/2028** | |
| List the contract number of any government contract | | |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500590** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| State the term remaining | **04/28/2033** | |
| List the contract number of any government contract | | |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500670** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| State the term remaining | **04/28/2033** | |
| List the contract number of any government contract | | |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500810** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| State the term remaining | **04/28/2028** | |
| List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500818** | |
| | State the term remaining | **08/31/2027** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500913** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500914** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property sublease Store #1500931** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500932** | |
| | State the term remaining | **03/31/2043** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500951** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500988** | |
| | State the term remaining | **03/31/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500989** | |
| | State the term remaining | **03/31/2033** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500993** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501001 (closed)** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property sublease Store #1501015** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property sublease Store #1501034** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501122** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501124** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501125** | |
| | State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501128** | |
| State the term remaining | **04/28/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| List the contract number of any government contract | | |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501296 (closed)** | |
| State the term remaining | **12/12/2027** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| List the contract number of any government contract | | |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502615 (closed)** | |
| State the term remaining | **07/31/2028** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| List the contract number of any government contract | | |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1501127 (closed)** | |
| State the term remaining | | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| List the contract number of any government contract | | |
| 2.44. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500985** | |
| State the term remaining | | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1500965** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1500958 (closed)** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1500933 (closed)** | **CKE Restaurants LLC<br>6700 Tower Circle<br>Suite 1000<br>Franklin, TN 37067** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Snow removal contract dated September 14, 2025** | **Clean Cut Law Care CCLC<br>3747 Tuxhorn Road<br>Springfield, IL 62712** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **General liability and automobile insurance**<br><br>**Renewed post-petition through 08/11/2027 08/11/2026** | **CNA** |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.50. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Beverage supply and rebate or marketing funding agreement** | **Coca-Cola North America** |
| 2.51. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Water supply, repair, and maintenance** | **Culligan Iowa**<br>**15 W 17TH St**<br>**Spencer, IA 51301** |
| 2.52. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Water treatment services** | **Culligan Jackson**<br>**212 2nd St.**<br>**Jackson, MN 56143** |
| 2.53. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Water supply, repair, and maintenance** | **Culligan of Champaign**<br>**106 S. Country Fair Drive Suite A**<br>**Champaign, IL 61821** |
| 2.54. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Water treatment services** | **Culligan of Seymour**<br>**Bruce Inc**<br>**1263 W. Tipton Street PO Box 964**<br>**Seymour, IN 47274** |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Water treatment services** | |
| | State the term remaining | | **Culligan Storm Lake**<br>**PO Box 279**<br>**Storm Lake, IA 50588** |
| | List the contract number of any government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Water treatment services** | |
| | State the term remaining | | **Culligan Water Mont.**<br>**110 West Freemont Street**<br>**Owatonna, MN 55060** |
| | List the contract number of any government contract | | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500426** | |
| | State the term remaining | **07/25/2039** | **DeerCreek-Standford**<br>**Attn: DeLisa Richards**<br>**1312-B E. Broadway**<br>**Campbellsville, KY 42718** |
| | List the contract number of any government contract | | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Delivery marketplace agreement** | |
| | State the term remaining | | **DoorDash** |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage supply and advance funding agreement** | |
| | State the term remaining | | **Dr Pepper Snapple**<br>**Keurig Dr Pepper** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1500418**<br><br>**Co-landlords paid separately**<br>**04/30/2038** | **Melissa J. Easley;**<br>**Estate of Wendell K. West; Sabre Towers**<br>**Anthony W. Tiller; & Andrea V. West** |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Service Agreement for sanitation chemicals, dispensing equipment, and audit services** | **EcoLab Inc**<br>**EcoLab EcoSure** |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease workout and settlement consulting** | **Everyday Investments LLC**<br>**14301 N 87th St**<br>**Scottsdale, AZ 85260** |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1503630 (closed)**<br>**09/30/2030** | **FCPT Holdings**<br>**591 Redwood Highway Ste 3215**<br>**Mill Valley, CA 94941** |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1506534 (closed)**<br>**06/30/2039** | **Michael Fichera**<br>**2116 Freeborn Way**<br>**Santa Rosa Valley, CA 93012** |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Commercial real property lease Store #1503371**<br>**08/27/2038** | **Figlewicz Enterprises, Inc.<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Commercial real property lease Store #1503674**<br>**08/27/2038** | **Figlewicz Enterprises, Inc.<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Commercial real property lease Store #1505900**<br>**08/27/2038** | **Figlewicz Enterprises, Inc.<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Commercial real property lease Store #1506231**<br>**08/27/2038** | **Figlewicz Enterprises, Inc.<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Commercial real property lease Store #1503816 (closed)**<br>**08/27/2038** | **Figlewicz Enterprises, Inc.<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502798** | **FIP Master Funding I LLC<br>2425 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016** |
| | State the term remaining | **08/09/2041** | |
| | List the contract number of any government contract | | |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502994** | **FIP Master Funding I LLC<br>2425 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016** |
| | State the term remaining | **08/09/2041** | |
| | List the contract number of any government contract | | |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503045** | **FIP Master Funding I LLC<br>2425 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016** |
| | State the term remaining | **08/09/2041** | |
| | List the contract number of any government contract | | |
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503158** | **FIP Master Funding I LLC<br>2425 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016** |
| | State the term remaining | **08/09/2041** | |
| | List the contract number of any government contract | | |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503206** | **FIP Master Funding I LLC<br>2425 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016** |
| | State the term remaining | **08/09/2041** | |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503251** | |
| | State the term remaining | **08/09/2041** | **FIP Master Funding I LLC**<br>**2425 E. Camelback Rd., Ste 700**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503288** | |
| | State the term remaining | **08/09/2041** | **FIP Master Funding I LLC**<br>**2425 E. Camelback Rd., Ste 700**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503373** | |
| | State the term remaining | **08/09/2041** | **FIP Master Funding I LLC**<br>**2425 E. Camelback Rd., Ste 700**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |
| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503665** | |
| | State the term remaining | **08/09/2041** | **FIP Master Funding I LLC**<br>**2425 E. Camelback Rd., Ste 700**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503857** | |
| | State the term remaining | **08/09/2041** | **FIP Master Funding I LLC**<br>**2425 E. Camelback Rd., Ste 700**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503914** | **FIP Master Funding I LLC<br>2425 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016** |
| | State the term remaining | **08/01/2041** | |
| | List the contract number of any government contract | | |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll and labor management** | **Fourth Enterprises<br>PO Box 122097<br>Dallas, TX 75312-2097** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Energy and environmental credits** | **Future Energy Solutions<br>600 N. Pine Island Road 330<br>Plantation, FL 33324** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Workers compensation** | **Great American Alliance and Strategic Comp** |
| | State the term remaining | **03/31/2027** | |
| | List the contract number of any government contract | | |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella insurance policy**<br><br>**Renewed post-petition through 08/11/2027** | **Great American Insurance Company<br>301 E 4th Street 16NE<br>Cincinnati, OH 45202-4245** |
| | State the term remaining | **08/11/2026** | |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503017** | |
| | State the term remaining | **06/30/2038** | **Greg Grinter**<br>**7621 State Route 143**<br>**Edwardsville, IL 62025** |
| | List the contract number of any government contract | | |
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Delivery marketplace agreement** | |
| | State the term remaining | | **Grubhub** |
| | List the contract number of any government contract | | |
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506164** | |
| | State the term remaining | **06/30/2035** | **Hard 1005 Mineral Wells Avenue LLC**<br>**55 Oceana Dr East Unit PH3C**<br>**Brooklyn, NY 11235** |
| | List the contract number of any government contract | | |
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503978** | |
| | State the term remaining | **12/19/2029** | **Hardees Spring LLC**<br>**Attn: Yongwood Calvin Lee**<br>**516 N. Irving Blvd**<br>**Los Angeles, CA 90004** |
| | List the contract number of any government contract | | |
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506076** | |
| | State the term remaining | **12/31/2039** | **HardeeScott LLC**<br>**6200 Wild Heron Way**<br>**College Grove, TN 37046** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Card processing and settlement services** | **Heartland Payment System LLC**<br>**Global Payments Inc**<br>**PO Box 936565**<br>**Atlanta, GA 31193-6565** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Carbon dioxide and gas supply, tank rental, and maintenance** | **Helget Gas Products**<br>**P.O. Box 30197**<br>**Omaha, NE 68103-1297** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500304** | **James M. Henninger**<br>**1844 Lakeshore Dr**<br>**Madisonville, KY 42431** |
| | State the term remaining | **12/31/2044** | |
| | List the contract number of any government contract | | |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503342** | **Herron Family 2003 Trust**<br>**Paul & Paula Herron, Trustees**<br>**1627 Parvenu Ln**<br>**Fallbrook, CA 92028** |
| | State the term remaining | **09/30/2039** | |
| | List the contract number of any government contract | | |
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Employment practices liability insurance** | **Houston Casualty and Tokio Marine** |
| | State the term remaining | **08/12/2026** | |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.95. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance brokerage** | **HUB International**<br>**1525 Faraday Ave. Suite 150**<br>**Carlsbad, CA 92008** |
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Repair and maintenance** | **Indiana Logo Sign**<br>**PO Box 772631**<br>**Detroit, MI 48277-2631** |
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Waste and sanitation services** | **Jeffersonville Waste**<br>**Po Box 1588**<br>**Jeffersonville, IN 47131-1588** |
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial real property lease Store #1506533 (closed)**<br>**11/30/2039** | **Joule Realty**<br>**12 Century Hill Drive, Ste 101**<br>**Latham, NY 12110** |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marketing agreement** | **Kentucky Logos**<br>**2129-C Commercial Drive**<br>**Frankfort, KY 40601** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503899** | **L & S Realty Inc<br>P.O. Box 1061<br>Mount Vernon, OH 43050** |
| | State the term remaining | **04/30/2041** | |
| | List the contract number of any government contract | | |
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502992** | **Jerry Landis<br>P.O. Box 1061<br>Mount Vernon, OH 43050** |
| | State the term remaining | **12/31/2028** | |
| | List the contract number of any government contract | | |
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment breakdown insurance** | **Liberty Mutual Insurance Company<br>175 Berkley Street<br>Boston, MA 02116** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing agreement** | **Lind Media<br>PO Box 5601<br>Mansfield, OH 44901** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500267 (closed)** | **Lionsgate Investment Group, LLC<br>333 W. Garvey Avenue, Suite 885<br>Monterey Park, CA 91755** |
| | State the term remaining | **06/30/2029** | |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Hood cleaning and fire suppression services** | **Mahoney Environmental**<br>**37458 Eagle Way**<br>**Chicago, IL 60678-1374** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease**<br>**Store #1504288** | **William P. Marino Jr**<br>**PO Box 992**<br>**New Philadelphia, OH 44663** |
| | State the term remaining | **07/31/2029** | |
| | List the contract number of any government contract | | |
| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Excess coverage**<br><br>**Renewed post-petition through 08/11/2027** | **Markel American** |
| | State the term remaining | **08/11/2026** | |
| | List the contract number of any government contract | | |
| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution and supply agreement** | **McLane Company, Inc.**<br>**McLane Foodservice**<br>**474 McLane Pkwy**<br>**Temple, TX 76504** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **CAM service agreement**<br>**Store #1506560**<br>**(closed)** | **Meijer**<br>**PO Box 74008449**<br>**Chicago, IL 60674** |
| | State the term remaining | **06/30/2040** | |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **CAM service agreement Store #1506203** | |
| | State the term remaining | **08/27/2038** | **Menard, Inc.**<br>**Properties Division**<br>**5101 Menard Drive**<br>**Eau Claire, WI 54703** |
| | List the contract number of any government contract | | |
| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Reporting platform** | |
| | State the term remaining | | **Mirus Information Systems** |
| | List the contract number of any government contract | | |
| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Technology services** | |
| | State the term remaining | | **MNH Technology and Consulting**<br>**11545 Yuma Ln N**<br>**Maple Grove, MN 55369** |
| | List the contract number of any government contract | | |
| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502674 (closed)** | |
| | State the term remaining | **08/31/2040** | **Nary Family Trust**<br>**8758 Shoshone Avenue**<br>**Northridge, CA 91325** |
| | List the contract number of any government contract | | |
| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Payment processing** | |
| | State the term remaining | | **Nuvei** |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ohio Logos**<br>**770 Harrison Dr.**<br>**Columbus, OH 43204** |
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Online ordering platform** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **OLO**<br>**285 FULTON STREET, FLOOR 82**<br>**NEW YORK, NY 10007** |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Waste and sanitation services** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Omega Waste**<br>**P.O. Box 495**<br>**Corning, CA 96021** |
| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503093** | |
| | State the term remaining | **08/30/2038** | |
| | List the contract number of any government contract | | **Pierce Incorporated**<br>**3002 27th St. S**<br>**Fargo, ND 58103** |
| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Plunketts Pest Control**<br>**40 NE 52nd Way**<br>**Fridley, MN 55421** |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.120. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503653** | **R.P. Lumber Co<br>514 E. Vandalia<br>Edwardsville, IL 62025** |
| State the term remaining | **12/19/2034** | |
| List the contract number of any government contract | | |
| 2.121. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506560 (closed)** | **RAD Management, LLC<br>10624 S Eastern Ave, Suite A-425<br>Henderson, NV 89052** |
| State the term remaining | **12/31/2039** | |
| List the contract number of any government contract | | |
| 2.122. State what the contract or lease is for and the nature of the debtor's interest | **Earned wage access for employees** | **Rain Technologies<br>209 10th Ave S Ste 160<br>Nashville, TN 37203** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.123. State what the contract or lease is for and the nature of the debtor's interest | **Restaurant technology and equipment maintenance** | **RF Technologies<br>P.O. Box 142<br>Bethalto, IL 62010** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.124. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503694 (closed)** | **Richmond Properties<br>Attn: Dawn Gerke<br>7318 Post Road, Ste 202<br>Las Vegas, NV 89113** |
| State the term remaining | **12/19/2039** | |
| List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500442** | |
| | State the term remaining | **12/31/2043** | **Robert Kress Trust**<br>**Avenida Henrique Dumont 115**<br>**Rio de Janeiro, BRAZIL 22410-0000** |
| | List the contract number of any government contract | | |
| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1502539** | |
| | State the term remaining | **08/31/2040** | **The King Robey & Rosemary Robey Trust**<br>**300 S Grand Ave**<br>**Los Angeles, CA 90071** |
| | List the contract number of any government contract | | |
| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Window cleaning contract dated January 1, 2026** | |
| | State the term remaining | | **Sanchez Window Cleaning LLC**<br>**75 Manor Cir**<br>**Estherville, IA 51334** |
| | List the contract number of any government contract | | |
| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1500405** | |
| | State the term remaining | **09/13/2028** | **SanPolo Holdings Inc**<br>**495 Mariposa Dr**<br>**Ventura, CA 93001** |
| | List the contract number of any government contract | | |
| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506692** | |
| | State the term remaining | **11/30/2042** | **SC-H Sellersburg 1373, LLC**<br>**c/o Guggenheim Retail RE Partners**<br>**3000 Internet Blvd., Ste 570**<br>**Frisco, TX 75034** |
| | List the contract number of any government contract | | |

Debtor 1 Superior Star, LLC (First Name / Middle Name / Last Name) Case number (*if known*) 26-31809

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503816** | **Mohammed A & Zareen A Shah<br>10604 Schaeffer Ln<br>Nokesville, VA 20181** |
| | State the term remaining | **08/27/2038** | |
| | List the contract number of any government contract | | |
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Employee footwear program** | **Shoes For Crews** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503982** | **SOL Properties 7, LLC<br>John Figlewicz<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |
| | State the term remaining | **08/31/2040** | |
| | List the contract number of any government contract | | |
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503097 (closed)** | **SOL Properties 7, LLC<br>John Figlewicz<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** |
| | State the term remaining | **08/31/2040** | |
| | List the contract number of any government contract | | |
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | **StarCorp Management Co, LLC<br>Attn: Warren Forsythe<br>702 E. Osborn Rd., Ste 100<br>Phoenix, AZ 85014** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.135. State what the contract or lease is for and the nature of the debtor's interest | **Back office services and office lease** | **Stella Solutions, LLC** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.136. State what the contract or lease is for and the nature of the debtor's interest | **Pest control** | **Swat Pest Management<br>2501 N Cullen Avenue<br>Evansville, IN 47715** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.137. State what the contract or lease is for and the nature of the debtor's interest | **Sublease for the north side of the parking lot of the restaurant in Newburg, Indiana dated July 7, 2024** | **The Produce Patch LLC<br>2801 E. 825 N.<br>Washington, IN 47501** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.138. State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506559** | **Thomas Ventures LLC<br>PO Box 99342<br>Louisville, KY 40299** |
| State the term remaining | **04/30/2039** | |
| List the contract number of any government contract | | |
| 2.139. State what the contract or lease is for and the nature of the debtor's interest | **Delivery Marketplace Agreement** | **UberEats & Postmates** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor 1 **Superior Star, LLC** Case number (*if known*) **26-31809**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1503144 (closed)** | **Wells Enterprises<br>216 King Daniel Lane<br>Goleta, CA 93117** |
| | State the term remaining | **02/29/2032** | |
| | List the contract number of any government contract | | |
| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease Store #1506008** | **Brian Winter<br>942 E. Chapman<br>Orange, CA 92866** |
| | State the term remaining | **04/30/2033** | |
| | List the contract number of any government contract | | |
| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Client services agreement** | **XB Franchise Solutions, LLC<br>702 Osborn Road, Suite 100<br>Phoenix, AZ 85014** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Point of sale software and hardware** | **Xenial Inc<br>P.O. Box 930157<br>Atlanta, GA 31193-0157** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **The 1910 Trust 12/29/2020** | | **Western Alliance Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.2 | **The 1910 Trust 12/29/2020** | **110 W. Camelback Road<br>Suite 100<br>Phoenix, AZ 85013** | **Western Alliance Bank** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.3 | **The BDB Family Gift Trust 12/22/2020** | | **Western Alliance Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.4 | **The BDB Family Gift Trust 12/22/2020** | **110 W. Camelback Road<br>Suite 100<br>Phoenix, AZ 85013** | **Western Alliance Bank** | ■ D **2.6**<br>☐ E/F<br>☐ G |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Brian Bonfiglio** | | **Western Alliance Bank** | ■ D 2.5<br>☐ E/F<br>☐ G |
| 2.6 | **Brian Bonfiglio** | **6446 E. Monterosa St<br>Scottsdale, AZ 85251** | **Western Alliance Bank** | ■ D 2.6<br>☐ E/F<br>☐ G |
| 2.7 | **Brian Bonfiglio** | | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>☐ G |
| 2.8 | **Brian Bonfiglio** | | **Kosmides Family Trust, UTD** | ☐ D<br>■ E/F 3.198<br>☐ G |
| 2.9 | **Brian Bonfiglio** | | **McLane Foodservice** | ■ D 2.4<br>☐ E/F<br>☐ G |
| 2.10 | **Brian Bonfiglio** | | **Klosterman Baking Co** | ☐ D<br>■ E/F 3.196<br>☐ G |
| 2.11 | **Figcorp, LLC** | | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>☐ G |
| 2.12 | **Kirchcorp, LLC** | | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>☐ G |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.13 | **The Kirchhefer Living Trust 8/27/2012** | | **Western Alliance Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.14 | **The Kirchhefer Living Trust 8/27/2012** | **110 W. Camelback Road<br>Suite 100<br>Phoenix, AZ 85013** | **Western Alliance Bank** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.15 | **Brigitte Kirchhefer** | **Marital Community Guaranty Joinder** | **Western Alliance Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.16 | **Brigitte Kirchhefer** | **12037 N. 56th Street<br>Scottsdale, AZ 85254** | **Western Alliance Bank** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.17 | **Brigitte Kirchhefer** | | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>☐ G |
| 2.18 | **John Kirchhefer** | | **Western Alliance Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.19 | **John Kirchhefer** | **12037 N. 56th Street<br>Scottsdale, AZ 85254** | **Western Alliance Bank** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.20 | **John Kirchhefer** | **12037 N. 56th Street<br>Scottsdale, AZ 85254** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>☐ G |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.21 | **John Kirchhefer** | **Kosmides Family Trust, UTD** | ☐ D<br>■ E/F **3.198**<br>☐ G |
| 2.22 | **John Kirchhefer** | **McLane Foodservice** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.23 | **John Kirchhefer** | **Klosterman Baking Co** | ☐ D<br>■ E/F **3.196**<br>☐ G |
| 2.24 | **Valley Star RE, LLC** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>☐ G |
| 2.25 | **Brian Bonfiglio** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>■ G **2.14** |
| 2.26 | **Figcorp, LLC** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>■ G **2.14** |
| 2.27 | **Kirchcorp, LLC** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>■ G **2.14** |
| 2.28 | **Brigitte Kirchhefer** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>■ G **2.14** |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.29 | **John Kirchhefer** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>■ G **2.14** |
| 2.30 | **Valley Star RE, LLC** | **CKE Restaurant Holdings, Inc.** | ☐ D<br>☐ E/F<br>■ G **2.14** |

**Fill in this information to identify the case:**

Debtor name **Superior Star, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **26-31809**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other **Lease Income** | **$36,500,183.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other **Lease Income** | **$80,905,629.59** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other **Lease Income** | **$86,548,331.61** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | **Insurance proceeds** | **$68,973.86** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | **Tax and government refunds** | **$51,274.08** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | **Refund & Commissions** | **$27,288.36** |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **ADP, Inc.**<br>**One ADP Blvd**<br>**Roseland, NJ 07068** | **04/13/2026-07/08/2026** | **$13,539.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **AEP Ohio**<br>**PO Box 371496**<br>**Pittsburgh, PA 15250-7496** | **04/14/2026-07/07/2026** | **$32,924.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Alan J. Zuccari Inc.**<br>**4100 Monument Corner Dr, Suite 500**<br>**Fairfax, VA 22030** | **05/01/2026-07/01/2026** | **$22,230.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Aldrich Management**<br>**1975 Hempstead Turnpike**<br>**Suite 309**<br>**East Meadow, NY 11554** | **05/01/2026-05/29/2026** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.5. | **George Alexander**<br>**3744 E. Chapman Ave #12355**<br>**Orange, CA 92859** | **05/01/2026-05/29/2026** | **$14,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Alpha Baking Company**<br>**36230 Treasury**<br>**Chicago, IL 60694-6200** | **04/23/2026-07/08/2026** | **$23,318.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Ameren IL**<br>**PO Box 88034**<br>**Chicago, IL 60680-1034** | **04/15/2026-07/02/2026** | **$56,935.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Atmos Energy**<br>**Po Box 790311**<br>**St Louis, MO 63179-0311** | **04/14/2026-07/08/2026** | **$18,146.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | **ATT**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197-5017** | **04/13/2026-07/08/2026** | **$18,087.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. | **Joe L. & Mary Bettencourt**<br>**14011 E. Ave**<br>**Turlock, CA 95380** | **05/01/2026-05/29/2026** | **$12,391.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. | **BPU**<br>**P.O. Box 460**<br>**Paris, TN 38242-0460** | **04/30/2026-06/30/2026** | **$8,847.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | **Calpine Energy**<br>**717 Texas Avenue**<br>**Houston, TX 77002** | **04/10/2026-06/29/2026** | **$80,884.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | **Center Point Energy**<br>**PO Box 2628**<br>**Houston, TX 77252-2628** | **04/10/2026-07/06/2026** | **$51,133.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | **Charter Communications**<br>**12405 Powerscourt Dr.**<br>**St. Louis, MO 63131-3674** | **04/10/2026-07/03/2026** | **$10,819.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | **Cintas Corporation**<br>**P.O. Box 88005**<br>**Chicago, IL 60680-1005** | **06/16/2026-07/01/2026** | **$33,918.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Coca Cola North America**<br>**PO BOX 101086**<br>**Atlanta, GA 30392-1086** | **04/22/2026-07/01/2026** | **$30,382.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. | **Comcast**<br>**PO Box 70219**<br>**Philadelphia, PA 19176-0219** | **04/13/2026-07/06/2026** | **$9,302.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. | **Concierge Administrative Benefits, LLC**<br>**300 SE Frank Phillips Blvd, Ste 200**<br>**Bartlesville, OK 74003-3637** | **04/14/2026-07/06/2026** | **$256,114.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **Constellation**<br>**15246 Collections Center Drive**<br>**Chicago, IL 60693-0152** | **05/04/2026-07/07/2026** | **$10,063.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. | **CWLP**<br>**300 S. 7th Street**<br>**Springfield, IL 62757** | **05/05/2026-07/07/2026** | **$23,184.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. | **DMI Manufacturing**<br>**7177 Industrial Park Blvd**<br>**Mentor, OH 44060** | **04/22/2026-07/01/2026** | **$11,153.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. | **City of Estherville**<br>**2 North 7th Street**<br>**P.O. Box 417**<br>**Estherville, IA 51334-0417** | **04/20/2026-06/22/2026** | **$8,872.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23. | **John Figlewicz**<br>**2938 Crownview Dr.,**<br>**Rancho Palos Verdes, CA 90275** | **04/16/2026-06/09/2026** | **$96,559.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement for terminated leases** |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.24. | **FIP Master Funding<br>C/O Fundamental Income Properties, LLC A<br>2425 East Camelback Road, Suite 700<br>Phoenix, AZ 85016** | **05/04/2026-07/02/2026** | **$200,737.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25. | **First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062-7917** | **04/13/2026-07/01/2026** | **$146,599.49** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.26. | **FJ Enterprises LLC<br>143 Laurel Drive<br>Bardstown, KY 40004** | **04/21/2026-06/22/2026** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement for terminated lease** |
| 3.27. | **Future Energy Solutions<br>600 N. Pine Island Road 330<br>Plantation, FL 33324** | **05/01/2026-07/01/2026** | **$34,415.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. | **GAIC<br>301 E 4th Street 16NE<br>Cincinnati, OH 45202-4245** | **05/04/2026-07/02/2026** | **$108,500.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. | **City of Granite Falls<br>641 Prentice Street<br>Granite Falls, MN 56241** | **04/14/2026-06/12/2026** | **$9,227.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. | **Greg Grinter<br>7621 State Route 143<br>Edwardsville, IL 62025** | **05/05/2026-06/09/2026** | **$9,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. | **Hard 1005 Mineral Wells Avenue LLC<br>55 Oceana Dr. East Unit PH3C<br>Brooklyn, NY 11235** | **05/15/2026-05/29/2026** | **$26,473.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.32. | **Hardees Spring LLC**<br>**Attn: Yongwood Calvin Lee**<br>**516 N. Irving Blvd**<br>**Los Angeles, CA 90004** | **05/01/2026-05/29/2026** | **$28,797.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.33. | **HardeeScott LLC**<br>**6200 Wild Heron Way**<br>**College Grove, TN 37046** | **05/01/2026-05/29/2026** | **$25,085.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.34. | **HCKE**<br>**P.O. Box 841237**<br>**Los Angeles, CA 90084-1237** | **04/16/2026-06/01/2026** | **$333,863.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.35. | **HCKE - Advertising**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **04/16/2026-06/26/2026** | **$561,914.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchisee advertising fees** |
| 3.36. | **HCKE - POS**<br>**420 Montgomery street**<br>**San Francisco, CA 94104** | **05/14/2026-06/11/2026** | **$29,896.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other |
| 3.37. | **HCKE - Royalty**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **04/16/2026-06/18/2026** | **$431,168.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchisee royalty fees** |
| 3.38. | **Hedgemasters LLC**<br>**4724 Chokecherry CT**<br>**West Fargo, ND 58078** | **06/17/2026-06/17/2026** | **$11,790.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.39. | **Helget Gas Products**<br>**P.O. Box 30197**<br>**Omaha, NE 68103-1297** | **04/22/2026-06/17/2026** | **$18,566.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor **Superior Star, LLC** Case number *(if known)* **26-31809**

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.40. | **City of Henderson**<br>**222 First Street**<br>**PO Box 671**<br>**Henderson, KY 42419-0671** | **04/30/2026-06/30/2026** | **$9,540.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.41. | **Herron Family 2003 Trust**<br>**Paul & Paula Herron, Trustees**<br>**1627 Parvenu Ln**<br>**Fallbrook, CA 92028** | **05/01/2026-05/29/2026** | **$28,553.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.42. | **HUB International**<br>**1525 Faraday Ave. Suite 150**<br>**Carlsbad, CA 92008** | **04/13/2026-04/13/2026** | **$40,378.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.43. | **Illinois Dept of Revenue**<br>**PO BOX 19006**<br>**Springfield, IL 62794-9001** | **04/16/2026-07/02/2026** | **$391,669.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.44. | **Indiana Dept of Revenue**<br>**P.O. Box 1685**<br>**Indianapolis, IN 46206-1685** | **04/10/2026-06/23/2026** | **$186,210.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.45. | **Iowa Dept of Revenue**<br>**1305 E Walnut St Fourth Floor, 0107**<br>**Des Moines, IA 50319** | **04/16/2026-07/08/2026** | **$71,781.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.46. | **City of Jackson**<br>**101 Court Street**<br>**Jackson, MO 63755** | **04/20/2026-06/22/2026** | **$9,235.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.47. | **JLM Services**<br>**191 Ballpark Rd**<br>**Handisburg, KY 40143** | **04/22/2026-06/24/2026** | **$13,948.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.48. | **JM AC Refrigeration**<br>**660 Oak Grove Rd**<br>**Benton, KY 42025** | **04/21/2026-07/01/2026** | **$17,483.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.49. | **Joule Realty**<br>**12 Century Hill Drive, Suite 101**<br>**Latham, NY 12110** | **06/09/2026** | **$11,717.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.50. | **Kentucky Department of Revenue**<br>**501 High Street**<br>**Frankfort, KY 40620-0021** | **04/27/2026-06/29/2026** | **$220,338.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.51. | **Klosterman Baking Co**<br>**P.O. Box 712572**<br>**Cincinnati, OH 45271** | **04/24/2026-05/22/2026** | **$9,109.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.52. | **KU**<br>**Po Box 9001**<br>**Louisville, KY 40290-1964** | **05/06/2026-06/09/2026** | **$10,491.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.53. | **L and S Realty Inc.**<br>**PO Box 1061**<br>**Mt. Vernon, OH 43050** | **05/01/2026-05/29/2026** | **$9,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.54. | **Jerry Landis**<br>**PO Box 1061**<br>**Mt. Vernon, OH 43050** | **05/01/2026-05/29/2026** | **$16,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.55. | **LG&E**<br>**P.O. Box 9001960**<br>**Louisville, KY 40290-1960** | **04/21/2026-06/29/2026** | **$19,815.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.56. | **Liberty Utilities**<br>**2751 Nth High Street**<br>**Jackson, MO 63755** | **04/30/2026-07/07/2026** | **$9,255.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.57. | **Mahoney Environmental**<br>**37458 Eagle Way**<br>**Chicago, IL 60678-1374** | **04/22/2026-07/01/2026** | **$20,484.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.58. | **William P. Marino Jr**<br>**Attn: William Marino**<br>**P.O. Box 992**<br>**New Philadelphia, OH 44663** | **05/01/2026-05/29/2026** | **$9,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.59. | **Mayfield Electric**<br>**301 East Broadway**<br>**Mayfield, KY 42066-2405** | **04/13/2026-06/12/2026** | **$9,677.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.60. | **McLane Company, Inc**<br>**dba McLane Foodservice**<br>**4747 McLane Parkway**<br>**Temple, TX 76504** | **04/10/2026-07/07/2026** | **$4,599,756.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.61. | **MidAmerican Energy**<br>**666 Grand Ave, Ste 2700**<br>**Des Moines, IA 50309** | **04/14/2026-07/08/2026** | **$11,095.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.62. | **Minnesota Dept of Revenue**<br>**600 North Robert Street**<br>**St. Paul, MN 55101** | **04/14/2026-06/22/2026** | **$124,158.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.63. | **Missouri Dept of Revenue**<br>**Taxation Bureau**<br>**301 W High St #330**<br>**Jefferson City, MO 65105-3300** | **04/16/2026-07/07/2026** | **$66,068.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.64. | **MNH Technology and C**<br>**11545 Yuma Ln N**<br>**Maple Grove, MN 55369** | **04/21/2026** | **$11,863.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.65. | **Murray Electric**<br>**P.O. Box 1095**<br>**Murray, KY 42071-1095** | **04/15/2026-06/15/2026** | **$8,988.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.66. | **Mutual of Omaha**<br>**PO Box 2147**<br>**Omaha, NE 68103-2147** | **04/14/2026-06/24/2026** | **$11,822.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.67. | **North Dakota**<br>**600 E. Boulevard Ave. Dept. 127**<br>**Bismarck, ND 58505-0599** | **04/16/2026-07/08/2026** | **$61,269.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.68. | **Ohio Department Tax**<br>**PO Box 182215**<br>**Columbus, OH 43218-2215** | **04/16/2026-07/08/2026** | **$13,311.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.69. | **OLO**<br>**285 Fulton Street, Floor 82**<br>**New York, NY 10007** | **04/14/2026-06/09/2026** | **$14,284.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.70. | **Omega Waste**<br>**P.O. Box 495**<br>**Corning, CA 96021** | **04/23/2026-07/01/2026** | **$53,267.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.71. | **City of Owensboro Utilities**<br>**2070 Tamarack Road**<br>**Owensboro, KY 42302-0806** | **04/13/2026-06/16/2026** | **$9,388.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.72. | **Paducah Power System**<br>**PO Box 180**<br>**Paducah, KY 42002-0180** | **04/21/2026-06/23/2026** | **$26,065.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.73. | **Pan-O-Gold Baking Company**<br>**444 E. St Germain St**<br>**St Cloud, MN 56302** | **04/10/2026-07/03/2026** | **$45,560.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.74. | **Pearl Management**<br>**201 W Flynn Lane**<br>**Phoenix, AZ 85013** | **05/01/2026** | **$26,305.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.75. | **Pierce Incorporated**<br>**211 48th Avenue SW**<br>**Moorhead, MN 56560-6747** | **05/01/2026-05/29/2026** | **$14,240.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.76. | **R.P. Lumber Co**<br>**514 E. Vandalia**<br>**Edwardsville, IL 62025** | **05/01/2026-05/29/2026** | **$12,866.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.77. | **Rain Technologies**<br>**209 10th Ave S Ste 160**<br>**Nashville, TN 37203** | **04/10/2026-07/01/2026** | **$904,467.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.78. | **Re No One LLC**<br>**500 W Goldfield Ave, Ste 43**<br>**Yerington, NV 89447** | **05/01/2026-07/01/2026** | **$44,610.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.79. | **RF Technologies**<br>**P.O. Box 142**<br>**Bethalto, IL 62010** | **04/22/2026-07/01/2026** | **$9,542.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.80. **Robert Kress Trust**<br>**Avenida Henrique Dumont 115**<br>**Rio De Janeiro, RJ 02241-0060** | **05/05/2026-06/09/2026** | **$19,166.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.81. **Peter Alan Sano**<br>**5531 East South Bear Creek Dr.**<br>**Merced, CA 95340** | **05/05/2026-06/09/2026** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.82. **SanPolo Holdings Inc**<br>**495 Mariposa Dr.**<br>**Ventura, CA 93001** | **05/01/2026-05/29/2026** | **$20,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.83. **SCH SELLERSBURG**<br>**c/o Guggenheim Retail Real Estate Partne**<br>**3000 Internet Blvd., Suite 570**<br>**Frisco, TX 75034** | **05/01/2026-05/29/2026** | **$21,680.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.84. **Schneider Heat**<br>**201 W. Franklin Street**<br>**Evansville, IN 47710** | **06/17/2026** | **$14,697.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.85. **City of Scottsburg Utilities**<br>**2 E McClain Ave**<br>**Scottsburg, IN 47170-1844** | **04/15/2026-06/15/2026** | **$8,980.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.86. **South Dakota Dept of Revenue**<br>**Anderson Building**<br>**Mail Code 5055, 445 E Capitol Ave**<br>**Pierre, SD 57501-3100** | **04/16/2026-07/02/2026** | **$16,290.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.87. **Stella Solutions, LLC**<br>**702 E Osborn Rd**<br>**Phoenix, AZ 85014** | **04/23/2026-07/02/2026** | **$343,405.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.88. | **City of Sullivan Utilities**<br>**2 W. Harrison St.**<br>**Sullivan, IL 61951** | **05/05/2026-07/06/2026** | **$10,556.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.89. | **Tennessee Dept of Revenue**<br>**500 Deaderick St**<br>**Nashville, TN 37242** | **04/13/2026-06/23/2026** | **$94,394.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.90. | **Thomas Ventures LLC**<br>**P.O Box 99342**<br>**Louisville, KY 40299** | **05/01/2026-05/29/2026** | **$10,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.91. | **Kameel & Karen Totah**<br>**4523 Cedros Ave.**<br>**Sherman Oaks, CA 91403** | **05/05/2026-05/20/2026** | **$15,128.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.92. | **Trenton Light and Water**<br>**PO Box 260**<br>**109 West Armony**<br>**Trenton, TN 38382** | **05/04/2026-07/03/2026** | **$14,242.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.93. | **Wasserstrom**<br>**PO Box 933469**<br>**Cleveland, OH 44193** | **04/22/2026-07/01/2026** | **$9,038.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.94. | **Waste Management**<br>**800 Capitol St, Suite 3000**<br>**Houston, TX 77002** | **04/22/2026-07/07/2026** | **$37,197.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.95. | **Western Alliance Bank**<br>**1 E. Washington St., Ste 1400**<br>**Phoenix, AZ 85004** | **04/29/2026-07/06/2026** | **$194,917.77** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.96. **Wex Banks**<br>**P.O. Box 4337**<br>**Carol Stream, IL 60197-4337** | **05/12/2026-06/09/2026** | **$14,627.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.97. **Weymar Trust**<br>**891 South Walnut Street Unit #262**<br>**Anaheim, CA 92802** | **05/01/2026** | **$13,236.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.98. **Brian Winter**<br>**942 E. Chapman**<br>**Orange, CA 92866** | **05/01/2026-05/29/2026** | **$19,110.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.99. **XB Franchise Solutions**<br>**702 E. Osborn Rd. Suite 100**<br>**Phoenix, AZ 85014** | **04/23/2026-07/08/2026** | **$84,504.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.100. **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484-9477** | **04/27/2026-06/26/2026** | **$10,989.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Cameron Miller**<br>**530 W Woodlake Circle**<br>**Mt Washington, KY 40047**<br>**Officer** | **08/27/2025-06/11/2026** | **$1,431.37** | **Expense reimbursements** |
| 4.2. **Stella Solutions, LLC**<br>**702 E Osborn Rd**<br>**Suite 100**<br>**Phoenix, AZ 85014**<br>**Affiliate** | **07/09/2025-07/02/2026** | **$1,287,159.94** | **Back office and payroll services** |

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **XB Franchise Solutions<br>702 E. Osborn Rd. Suite 100<br>Phoenix, AZ 85014<br>Affiliate** | **07/15/2025-07/08/2026** | **$321,552.00** | **Back office and accounting services** |
| 4.4. | **1910 Trust; BDB Family Gift Trust; Brian<br>Bonfiglio; Kirchhefer Living Trust; John<br>Kirchhefer, and Brigitte Kirchhefer<br>Guarantors** | **07/09/2025-07/09/2026** | **Unknown** | **All debt service payments to Western Alliance Bank<br>At least: $194,917.77** |
| 4.5. | **1910 Trust; BDB Family Gift Trust; Brian<br>Bonfiglio; Kirchhefer Living Trust; John<br>Kirchhefer, and Brigitte Kirchhefer<br>Guarantors** | **07/09/2025-07/09/2026** | **Unknown** | **Payments to Starcorp, LLC under $7.5mm promissory note** |
| 4.6. | **Figcorp, LLC; Brian Bonfiglio; Kirchcorp<br>LLC; John Kirchhefer; Brigitte<br>Kirchhefer; and Valley Star RE, LLC<br>Guarantors** | **07/09/2025-07/09/2026** | **Unknown** | **All payments to Hardee's Restaurants LLC/HCKE LLC under franchise agreements<br>At least: $1,356,842.37** |
| 4.7. | **Brian Bonfiglio & John Kirchhefer<br><br>Guarantors** | **07/09/2025-07/09/2026** | **Unknown** | **Invoices paid to Klosterman Baking Company, Inc.<br>At least: $9,109.36** |
| 4.8. | **Brian Bonfiglio & John Kirchhefer<br><br>Guarantors** | **07/09/2025-07/09/2026** | **Unknown** | **Invoices on trade account 109388 paid to McLane Company, Inc.<br>At least $4,599,756.44** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **SOL Properties 7, LLC<br>John Figlewicz<br>2938 Crownview Dr.<br>Rancho Palos Verdes, CA 90275** | **Store #1503728 premises** | **09/02/2025** | **$12,786.17** |
| **Charles M. Curts, Trustee<br>The Rose R. Curts Trust<br>13380 Tollgate Rd.<br>Pickerington, OH 43147** | **Store #1505935 fixtures and equipment** | **12/11/2025** | **$5,228.77** |
| **JATN Holdings<br>12838 Francine ct,<br>Poway, CA 92064** | **Store #1505757 fixtures and equipment** | **12/15/2025** | **$91,891.58** |
| **Bullock-Golden<br>PO BOX 3953<br>Visalia, CA 93278** | **Store #1506203 premises and personal property** | **12/19/2025** | **$6,037.04** |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **J. Edward Real Estate<br>C/O James Stanek<br>718 East St. Andrews Circle<br>Dakota Dunes, SD 57049** | **Store #1502634 premises and personal property** | **12/19/2025** | **$12,908.19** |
| **Pon Farr, LLC<br>1220 Rosecrans Street, Suite 320<br>San Diego, CA 92106** | **Store #1506394 premises and personal property** | **12/22/2025** | **$93,316.36** |
| **Kosmides Family Trust<br>919 Foothill Blvd,<br>La Verne, CA 91750** | **Store #1506393 premises and personal property** | **01/29/2026** | **$90,152.23** |
| **Dua Family Trust<br>Attn: Vijay K. Dua<br>2008 West Alluvial Avenue<br>Fresno, CA 93711** | **Store #1506532 fixtures and equipment** | **03/06/2026** | **$48,862.98** |
| **Totah Trust<br>Kameel & Karen Totah,<br>Co-Trustees<br>4523 Cedros Ave.<br>Sherman Oaks, CA 91403** | **Store #1506356 premises and personal property** | **03/13/2026** | **$64,819.14** |
| **The J.H. Evans Trust<br>James H. Evans, Trustee<br>324 La Cresta Heights Road<br>El Cajon, CA 92021** | **Store #1500062 premises and personal property** | **05/22/2026** | **$99,690.60** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Illinois Dept of Revenue<br>PO BOX 19006<br>Springfield, IL 62794-9001** | **Levies of JP Morgan Chase accounts**<br>Last 4 digits of account number: _____ | **06/30/2026** | **$50,522.41** |
| **Indiana Dept of Revenue<br>P.O. Box 1685<br>Indianapolis, IN 46206-1685** | **Levies of JP Morgan Chase accounts**<br>Last 4 digits of account number: _____ | **06/02/2026 through 06/17/2026** | **$134,577.01** |
| **United Collection Bureau Inc.<br>5620 Southwyck Blvd<br>Toledo, OH 43614** | **Account levies of Wells Fargo accounts**<br>Last 4 digits of account number: _____ | **06/10/2026 through 07/09/2026** | **$94,534.53** |
| **Indiana Dept of Revenue<br>P.O. Box 1685<br>Indianapolis, IN 46206-1685** | **Levies of US Bank accounts**<br>Last 4 digits of account number: _____ | **06/29/2026** | **$134,577.01** |
| **United Collection Bureau Inc.<br>5620 Southwyck Blvd<br>Toledo, OH 43614** | **Levies of Banterra Bank accounts. Account frozen but not debited**<br>Last 4 digits of account number: _____ | **07/03/2026** | **$81,042.28** |

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jennifer Armer and Jason Lenzini, on behalf of all others similarly situated v. Superior Star, LLC and Starcorp, LLC**<br>**3:24-cv-02476-SPM** | **Putative class action under the Illinois Minimum Wage Law** | **U.S. District Court for SDIL (Eastern)**<br>**301 West Main Street**<br>**Benton, IL 62812** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **FJ Enterprises, LLC v. Superior Star, LLC**<br>**25-CI-00048** | **Breach of lease** | **Nelson County Circuit Court**<br>**200 Plaza Drive**<br>**Bardstown, KY 40004** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **James H. Evans, Trustee of the J.H. Evans Trust v. Superior Star, LLC and Starcorp, LLC**<br>**CV2025-038017** | **Breach of lease** | **Superior Court of Arizona, Maricopa Cty**<br>**201 W Jefferson St.**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Fichera Family Trust v. Superior Star, LLC**<br>**26-C-01074** | **Forcible detainer** | **Hardin County District Court**<br>**120 E Dixie Ave #1**<br>**Elizabethtown, KY 42701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Wells Enterprise v. Superior Star, LLC**<br>**2026EV544** | **Eviction and property damage at closed location** | **Sangamon County Circuit Court**<br>**200 S Ninth St**<br>**Springfield, IL 62701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Mountain Goat, LLC v. Hardee's CKE Restaurant Holdings, LLC, et al.**<br>**25-CI-00126** | **Tax lien foreclosure for unpaid 2020 property taxes** | **Calloway Circuit Court**<br>**312 N 4th St**<br>**Murray, KY 42071** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Superior Star, LLC, et al. v. Starcorp, LLC, et al.**<br>**CV2026-027045** | **Fraud and breach of APA** | **Superior Court of Arizona, Maricopa Cty**<br>**201 W Jefferson St.**<br>**Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Charles M Curts, Trustee of the Rose R. Curts Trust v. Starcorp, LLC**<br>**07-CV-25-4423** | **Eviction; Debtor is Defendant's indemnitor** | **Blue Earth County District Court**<br>**401 Carver Road**<br>**Mankato, MN 56001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Nary Trust v Starcorp, LLC**<br>**SCCV037406** | **Forcible detainer; Debtor is Defendant's indemnitor** | **Iowa District Court for Clay County**<br>**215 W. 4th St.**<br>**Spencer, IA 51301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Fraudulent refunds of card transactions from Store #1503342** | **$0.00 - no claim submitted** | **11/15/2025** | **$233.88** |
| **Employee theft in Menard County, IL** | **$2,228 restitution agreed in April 2026** | | **$2,228.00** |
| **Vandalism and theft at closed Store #1500150** | **Insurance claim pending** | **06/23/2026** | **$200,000.00** |
| **Food spoilage and lost sales due to flooding and power outage at Store #1500931** | **$0.00 - no claim submitted** | **06/17/2026** | **$3,000.00** |
| **Property damage due to kitchen flooding from main water line break at Store #1501015** | **$0.00 - no claim submitted** | **04/10/2026 - 04/12/2026** | **$8,000.00** |
| **Fraudulent refunds of card transactions from stores in Region 8** | **$0.00 - no claim submitted** | **10/25/2025 - 10/27/2025** | **$1,500.00** |
| **Two recorded deposits not received by bank for Store #1501122** | **$0.00 - internal investigation pending** | **05/29/2026 - 06/05/2026** | **$1,607.00** |
| **Unreconciled cash discrepancy attributed to a military charge order** | **$0.00 - written off** | **09/2025** | **$900.00** |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sacks Tierney, P.A.**<br>**4250 N. Drinkwater Blvd**<br>**Fourth Floor**<br>**Scottsdale, AZ 85251** | | **09/12/2025 - 02/25/2026** | **$185,286.92** |

**Email or website address**
**sackstierney.com**

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Kaplan Johnson Abate & Bird LLP**<br>**471 W. Main St.**<br>**Suite 203**<br>**Louisville, KY 40202** | | **05/26/2026 and 07/09/2026** | **$36,738.00** |

**Email or website address**
**kaplanjohnsonlaw.com**

**Who made the payment, if not debtor?**
**BMJS Holdings, LLC (partial)**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Resolute Commercial Services, LLC**<br>**6750 E. Camelback Road**<br>**Suite 103**<br>**Scottsdale, AZ 85251** | | **05/29/2026 and 07/08/2026** | **$129,157.97** |

**Email or website address**
**resolutecommercial.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Cameron Miller**<br>**1304 Waxwing Drive**<br>**Hermitage, TN 37076** | **2021 Dodge Ram 1500**<br>**VIN: 1C6SRFKT2MN568159**<br><br>**Transferred as compensation** | **01/2026** | **$21,215.61** |
| | Relationship to debtor<br>**Chief Operating Officer** | | | |
| 13.2. | **Brian Bonfiglio**<br>**702 E Osborn Road**<br>**Suite 100**<br>**Phoenix, AZ 85014** | **Two (2) 2020 Dodge Ram 1500s**<br>**VIN: 1C6RR6FTXLS151803**<br>**VIN: 1C6RR6FG6LS151798**<br><br>**$6,000 cash + $2,751.44 compensation** | **02/2026 through 03/2026** | **$8,751.44** |
| | Relationship to debtor<br>**President, CEO & CFO** | | | |
| 13.3. | **Brian Boukek** | **Membership interest in STCP, LLC** | **04/2025** | **$478,000.00** |
| | Relationship to debtor | | | |

**Part 7:** **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | | |

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Americana Community Bank** | **XXXX-1794** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1503717** | **12/08/2025** | **$0.00** |
| 18.2. | **Anna-Jonesboro National Bank** | **XXXX-7175** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1501001** | **08/26/2025** | **$0.00** |
| 18.3. | **Chase Bank** | **XXXX-6983** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1506560** | **08/26/2025** | **$0.00** |
| 18.4. | **Chase Bank** | **XXXX-2271** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1505757** | **12/09/2025** | **$0.00** |
| 18.5. | **Chase Bank** | **XXXX-6900** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1506356** | **12/09/2025** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.6. | **Chase Bank** | **XXXX-6959** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1506394** | **12/09/2025** | **$0.00** |
| 18.7. | **Chase Bank** | **XXXX-6967** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1506534** | **12/10/2025** | **$0.00** |
| 18.8. | **Chase Bank** | **XXXX-6926** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1506393** | **12/23/2025** | **$0.00** |
| 18.9. | **Chase Bank** | **XXXX-1737** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1503144** | **01/21/2026** | **$0.00** |
| 18.10. | **First Farmers Bank & Trust** | **XXXX-6509** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1502615** | **01/29/2026** | **$0.00** |
| 18.11. | **First Financial Bank** | **XXXX-0868** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1506532** | | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.12. | **First Financial Bank** | **XXXX-0876** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1506533** | | **$0.00** |
| 18.13. | **First National Bank of Ottawa** | **XXXX-4575** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1503201** | **08/26/2025** | **$0.00** |
| 18.14. | **Great Southern Bank** | **XXXX-1274** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1501296** | **12/08/2025** | **$0.00** |
| 18.15. | **Iowa State Bank** | **XXXX-3341** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1505804** | **11/03/2025** | **$0.00** |
| 18.16. | **Iowa State Bank** | **XXXX-3344** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1502629** | **02/02/2026** | **$0.00** |
| 18.17. | **Peoples National Bank** | **XXXX-8737** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500376** | **12/08/2025** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.18. | **Peoples National Bank** | **XXXX-3298** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500275** | **12/09/2025** | **$0.00** |
| 18.19. | **Peoples National Bank** | **XXXX-6594** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500150** | **12/09/2025** | **$0.00** |
| 18.20. | **Peoples National Bank** | **XXXX-8605** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500281** | **VERIFY whether account closed. Herrin, IL store still operating** | **$1,638.50** |
| 18.21. | **Peoples National Bank** | **XXXX-2902** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500993** | **VERIFY whether account closed. Eldorado, IL store remains open.** | **$924.19** |
| 18.22. | **Regions Bank** | **XXXX-5661** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500062** | **08/26/2025** | **$0.00** |
| 18.23. | **Regions Bank** | **XXXX-5467** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Account for Store #1500876** | **12/08/2025** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.24. | **Wells Fargo** | **XXXX-7665** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1503816** | **09/23/2025** | **$0.00** |
| 18.25. | **Wells Fargo** | **XXXX-7715** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1506131** | **10/07/2025** | **$0.00** |
| 18.26. | **Wells Fargo** | **XXXX-7673** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1505802** | **12/08/2025** | **$0.00** |
| 18.27. | **Wells Fargo** | **XXXX-7699** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1505935** | **12/08/2025** | **$0.00** |
| 18.28. | **Wells Fargo** | **XXXX-7707** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1505996** | **12/08/2025** | **$0.00** |
| 18.29. | **Wells Fargo** | **XXXX-7723** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Account for Store #1506203** | **12/08/2025** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Charitable Campaigns** | | **Funds collected at point of sale; held for distribution to charity and carried in "Donations" liability account.** | **$41,016.15** |

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **STCP, LLC** | **Aircraft holding entity** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **XB Franchise Solutions, LLC**<br>**110 W. Camelback Road, Suite 100**<br>**Phoenix, AZ 85013** | **12/12/2023 - present** |
| 26a.2. | **Capital Accounting, P.C.**<br>**James B. Laubham**<br>**15215 S. 48th Street, Suite 139**<br>**Phoenix, AZ 85044** | **April 2025 - present** |
| 26a.3. | **BeachFleischman PC**<br>**1985 E. River Road, Suite 201**<br>**Tucson, AZ 85718** | **September 2024 - April 2026** |
| 26a.4. | **Starcorp Management Co., LLC**<br>**702 E. Osborn Road, Suite 100**<br>**Phoenix, AZ 85014** | **12/12/2023 - 10/01/2025** |
| 26a.5. | **Pearl Management**<br>**Matt James**<br>**201 W Flynn Lane**<br>**Phoenix, AZ 85013** | **12/12/2023-01/05/2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **XB Franchise Solutions, LLC**<br>**702 E. Osborn Rd. Suite 100**<br>**Phoenix, AZ 85014** | |
| 26c.2. **Resolute Commercial Services LLC**<br>**6750 E Camelback Rd**<br>**Suite 103**<br>**Scottsdale, AZ 85251** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | **Name and address** |
|---|---|
| 26d.1. | **Western Alliance Bank**<br>**1 E. Washington St., Ste 1400**<br>**Phoenix, AZ 85004** |
| 26d.2. | **CKE Restaurant Holdings, Inc.**<br>**Hardee's Restaurants LLC**<br>**6700 Tower Cir Ste 1000**<br>**Franklin, TN 37067-1490** |
| 26d.3. | **McLane Company, Inc**<br>**dba McLane Foodservice**<br>**4747 McLane Parkway**<br>**Temple, TX 76504** |
| 26d.4. | **Starcorp LLC**<br>**702 E. Osborn Road, Suite 100**<br>**Phoenix, AZ 85014** |
| 26d.5. | **Warren Forsythe** |
| 26d.6. | **Eric Lester** |
| 26d.7. | **SCH SELLERSBURG 1373, LLC**<br>**c/o Guggenheim Retail Real Estate Partne**<br>**3000 Internet Blvd., Suite 570**<br>**Frisco, TX 75034** |
| 26d.8. | **Kameel & Karen Totah**<br>**4523 Cedros Ave.**<br>**Sherman Oaks, CA 91403** |
| 26d.9. | **Kosmides Family Trust**<br>**919 Foothill Blvd,**<br>**La Verne, CA 91750** |
| 26d.10. | **Margaret & David Firestone Living Trust**<br>**72877 Dinah Shore Dr #103**<br>**Rancho Mirage, CA 92270** |
| 26d.11. | **James H. Evans, Trustee**<br>**324 La Cresta Heights Road**<br>**El Cajon, CA 92021** |

| Name and address | |
|---|---|
| 26d.12. | **Dua Family Trust**<br>**Vijay K. and Aruna Dua, Co-Trustees**<br>**2008 West Alluvial Avenue**<br>**Fresno, CA 93711** |
| 26d.13. | **Rose Curts, Trustee**<br>**Rose Curts Trust**<br>**13380 Tollgate Rd.**<br>**Pickerington, OH 43147** |
| 26d.14. | **The Mier Family Trust**<br>**Edwina V. Mier, Successor Trustee**<br>**6520 Crossway Drive**<br>**Pico Rivera, CA 90660** |
| 26d.15. | **Pon Farr, LLC**<br>**1220 Rosecrans Street, Suite 320**<br>**San Diego, CA 92106** |
| 26d.16. | **Bullock-Golden**<br>**PO BOX 3953**<br>**Visalia, CA 93278** |
| 26d.17. | **J. Edward Real Estate**<br>**C/O James Stanek**<br>**718 East St. Andrews Circle**<br>**Dakota Dunes, SD 57049** |
| 26d.18. | **JATN Holdings**<br>**12838 Francine Ct,**<br>**Poway, CA 92064** |
| 26d.19. | **Michael Fichera, Jr. & Maureen Fichera**<br>**Co-Trustees of the Fichera Family Trust**<br>**2116 Freeborn Way**<br>**Santa Rosa Valley, CA 93012** |
| 26d.20. | **Wells Enterprises**<br>**216 King Daniel Lane**<br>**Goleta, CA 93117** |
| 26d.21. | **John Figlewicz**<br>**2938 Crownview Dr.,**<br>**Rancho Palos Verdes, CA 90275** |
| 26d.22. | **SOL Properties 7, LLC**<br>**John Figlewicz**<br>**2938 Crownview Dr.**<br>**Rancho Palos Verdes, CA 90275** |
| 26d.23. | **FIP Master Funding**<br>**C/O Fundamental Income Properties, LLC A**<br>**2425 East Camelback Road, Suite 700**<br>**Phoenix, AZ 85016** |
| 26d.24. | **FJ Enterprises LLC**<br>**143 Laurel Drive**<br>**Bardstown, KY 40004** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☐ No
- ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | **Annually** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Superior Star, LLC**<br>**702 E. Osborn Road, Suite 100**<br>**Phoenix, AZ 85014** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Figcorp, LLC** | **6446 E Monterosa St**<br>**Scottsdale, AZ 85251** | **Member and manager** | **45** |
| **Kirchcorp, LLC** | **3039 E Rock Wren Road**<br>**Phoenix, AZ 85048** | **Member and manager** | **45** |
| **Starcorp Management Co., LLC** | **702 E Osborn Road**<br>**Suite 100**<br>**Phoenix, AZ 85014** | **Member** | **5** |
| **Cameron Miller** | **1304 Waxwing Drive**<br>**Hermitage, TN 37076** | **Member and Chief Operating Officer** | **5 (4 vested)** |
| **Brian Bonfiglio** | **702 E Osborn Road**<br>**Suite 100**<br>**Phoenix, AZ 85014** | **President, CEO, and CFO** | |
| **John Kirchhefer** | **702 E Osborn Road**<br>**Suite 100**<br>**Phoenix, AZ 85014** | **Chief Administrative Officer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Matt James** | **Pearl Management, LLC**<br>**201 W Flynn Lane**<br>**Phoenix, AZ 85013** | **Contract CFO** | **09/2024 through 06/30/2026** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Warren Forsythe** | **Starcorp Management Co., LLC<br>532 West State Ave<br>Phoenix, AZ 85021** | **President, via Management Services Agreement** | **12/12/2023 through 10/2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Figcorp, LLC<br>702 E Osborn Road, Suite 100<br>Phoenix, AZ 85014**<br>Relationship to debtor<br>**Member** | **$137,500.00** | **07/09/2025-07/09/2026** | **CEO and CFO compensation for Brian Bonfiglio** |
| 30.2. | **Brian Bonfiglio**<br>Relationship to debtor<br>**Officer & Member Representative** | **$31,124.73** | **07/09/2025 - 06/20/2026** | **Personal expenses booked as distributions** |
| 30.3. | **Brian Bonfiglio<br>6446 E. Monterosa St<br>Scottsdale, AZ 85251**<br>Relationship to debtor<br>**Officer & Member Representative** | **$2,751.44** | **07/09/2025-07/09/2026** | **Company vehicle** |
| 30.4. | **Jaycee Bonfiglio**<br>Relationship to debtor<br>**Insider employee** | **$13,200.00** | **07/29/2025 - 06/01/2026** | **Compensation** |
| 30.5. | **Kirchcorp, LLC<br>702 E Osborn Road, Suite 100<br>Phoenix, AZ 85014**<br>Relationship to debtor<br>**Member** | **$137,500.00** | **07/09/2025-07/09/2026** | **CAO compensation for John Kirchhefer** |
| 30.6. | **Cameron Miller<br>530 W Woodlake Circle<br>Mt Washington, KY 40047**<br>Relationship to debtor<br>**Officer** | **$54,000.00** | **07/09/2025-07/09/2026** | **COO compensation** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Cameron Miller**<br>**530 W Woodlake Circle**<br>**Mt Washington, KY 40047** | **2021 Ram 1500**<br>**VIN: 1C6SRFKT2MN568159**<br>**Value: $21,215.61 (Cost - depreciation)** | **01/2026** | **Compensation** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.8. | **Pearl Management**<br>**201 W Flynn Lane**<br>**Phoenix, AZ 85013** | **$147,129.46** | **07/09/2025-05/01/2026** | **CFO Compensation for Matt James** |
| | Relationship to debtor<br>**Officer (former)** | | | |
| 30.9. | **Starcorp Management Co., LLC**<br>**702 E. Osborn Road, Suite 100**<br>**Phoenix, AZ 85014** | **$25,001.90** | **07/09/2025-10/01/2025** | **President compensation for Warren Forsythe** |
| | Relationship to debtor<br>**Officer (former)** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2026**

**/s/ Brian Bonfiglio**
Signature of individual signing on behalf of the debtor

**Brian Bonfiglio**
Printed name

Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Kentucky

In re **Superior Star, LLC** Case No. **26-31809**

Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **35,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **335.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **BMJS Holdings paid $25,000 of retainer; remainder paid by Debtor**

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

**i. Engage in conferences with debtor, creditors, the United States Trustee, court personnel, and other professionals employed by debtor or estate;**
**ii. Draft and review pleadings, notices, correspondence, transactional documents, and proposed orders related to the chapter 11 case, including, without limitation, applications for compensation filed on behalf of KJAB and any other professionals employed in the chapter 11 case;**
**iii. Research and investigate points of law and/or fact relevant to the chapter 11 case;**
**iv. Prepare for and attend all hearings and meetings scheduled by the Court or the United States Trustee's office and related to the chapter 11 bankruptcy case; and**
**v. Assist debtor in the development of a viable chapter 11 plan or other disposition of assets.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Representation of the debtor in any associated cases or proceedings pending or initiated before state courts, any federal court other than the bankruptcy court, or administrative tribunals, other than for purposes of monitoring and enforcing automatic stay.**

In re **Superior Star, LLC** Case No. **26-31809**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 20, 2026**
*Date*

**/s/ Tyler R. Yeager**
**Tyler R. Yeager**
*Signature of Attorney*
**Kaplan Johnson Abate & Bird LLP**
**471 W. Main St.**
**Suite 203**
**Louisville, KY 40202**
**(502) 416-1630 Fax: (502) 540-8282**
**tyeager@kaplanjohnsonlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Kentucky

In re **Superior Star, LLC** Debtor(s)

Case No. **26-31809**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Figcorp, LLC**<br>**6446 E Monterosa St**<br>**Scottsdale, AZ 85251** | | **45,000** | **Capital member** |
| **Kirchcorp, LLC**<br>**3039 E Rock Wren Road**<br>**Phoenix, AZ 85048** | | **45,000** | **Capital member** |
| **Cameron Miller**<br>**1304 Waxwing Drive**<br>**Hermitage, TN 37076** | | **4,000 vested/ 5,000** | **Profits interest member** |
| **Starcorp Management Co., LLC**<br>**702 E. Osborn Road, Suite 100**<br>**Phoenix, AZ 85014** | | **5,000** | **Profits interest member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 20, 2026**

Signature **/s/ Brian Bonfiglio**
**Brian Bonfiglio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.