UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| SUPERIOR STAR, LLC | Case No. 26-31809-crm |
| Debtor | Chapter 11 |

**INTERIM ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PENDING HEARING**

This matter came before the Court upon the *Emergency Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property on an Interim Basis Pending Hearing* (the "Motion")[1] filed by Superior Star, LLC (the "Debtor"). The Debtor's *Emergency Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [Doc. 206] (the "Emergency Motion") was filed prior to expiration of the 120-day period under 11 U.S.C. § 365(d)(4)(A)(i) and is scheduled for hearing on November 9, 2026. The Court finds that cause exists to extend that period pending the Court's determination of the Emergency Motion, and that notice of the Motion was appropriate under the circumstances. The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion is **GRANTED** as follows:

1. The period within which the Debtor may assume or reject the Leases is extended through and including November 9, 2026, pending the Court's adjudication of the Emergency Motion.

[1] Capitalized terms not defined in this Order have the meanings ascribed in the Motion.

2. This Order constitutes interim relief on the Emergency Motion. Any extension granted upon the Court's determination of the Emergency Motion shall, together with this Order, constitute a single extension under 11 U.S.C. § 365(d)(4)(B)(i), shall not extend beyond February 4, 2027, and shall not constitute a subsequent extension within the meaning of 11 U.S.C. § 365(d)(4)(B)(ii).

3. Nothing in this Order constitutes an assumption or rejection of any Lease, or a waiver of any right, claim, or defense of the Debtor or any lessor.

4. The Court retains jurisdiction over all matters arising from or related to this Order.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
471 W. Main St., Suite 203
Louisville, Kentucky 40202

Charles R. Merrill
United States Bankruptcy Judge
Dated: November 6, 2026